## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| **IN RE:** | **)** | **Case No. 09-0389-jw** |
| | **)** | **Chapter 11** |
| **DAUFUSKIE ISLAND PROPERTIES, LLC,** | **)** | |
| | **)** | |
| **Debtor.** | **)** | |

### STATEMENT OF CHANGES FOR AMENDMENTS TO SCHEDULES

| SCHEDULE A | Amended to revise and identify real properties and estimated values, to best of debtor's information and belief |
|---|---|
| SCHEDULE B | Revalues Eprop LLC. Adds Claims involving litigation. Corrects subsidiary entities |
| SCHEDULE D | Amended to revise and identify collateral, secured creditors, to best of debtor's information and belief |
| STATEMENT OF FINANCIAL AFFAIRS | 4a amended to include lawsuits<br>10 amended to include list of transfers<br>13 amended to delete entry<br>18a amended to show subsidiaries<br>19c amended to include possessors of books and records<br>21b amended to identify members and managers<br>Note: Additional information needed to complete 11<br>Note: Amendments contain attachments; unless stated otherwise, original attachments to SOFA will be unchanged |
| BUSINESS INCOME, EXPENSES | Adds income and projected budget (via attachment) |
| SUMMARY | Updates summaries |

03/06/2009

_____    /s/ Gayle Bulls Dixon
GAYLE BULLS DIXON, Member

1

FORM B6A (Official Form 6A) (12/07)

/S/Gayle Bulls Dixon, Member. 03-06-09

In re *DAUFUSKIE ISLAND PROPERTIES, LLC* _____,    Case No. *2:09-bk-389*
_____
Debtor(s)                                                                                    (if known)

# SCHEDULE A-REAL PROPERTY
## Amended  03/06/2009

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *(NOTE TO SCHEDULE A: SEE ATTACHED FOR PROPERTY LISTINGS, PROVIDED TO BEST OF INFORMATION AND BELIEF)* | | | $ 0.00 | $ 0.00 |
| *ITEM 1* | *Fee Simple* | | $ 1,000,000.00 | $ 1,000,000.00 |
| *ITEM 2* | *Fee Simple* | | $ 2,000,000.00 | $ 300,202.68 |
| *ITEM 3* | *Fee Simple* | | $ 3,000,000.00 | $ 0.00 |
| *ITEM 4* | *Fee Simple* | | $ 16,750,000.00 | $ 16,750,000.00 |
| *ITEM 5* | *Fee Simple* | | $ 3,000,000.00 | $ 0.00 |

___7___  continuation sheets attached

FORM B6A (Official Form 6A) (12/07)

In re <u>DAUFUSKIE ISLAND PROPERTIES, LLC</u>                                    ,          Case No. <u>2:09-bk-389</u>
                                   Debtor(s)                                                                                    (if known)

# SCHEDULE A-REAL PROPERTY
## Amended  03/06/2009

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| ITEM 6 (LISTED FOR INFO PURPOSES ONLY. TITLE HELD BY SUBSIDIARY, EPROP, LLC. SEE SCHEDULE B) | Fee Simple | | $ 0.00 | $ 0.00 |
| ITEM 7 (LISTED FOR INFO PURPOSES ONLY. TITLE HELD BY SUBSIDIARY, EPROP, LLC. SEE SCHEDULE B) | | | $ 0.00 | $ 0.00 |
| ITEM 8 | Fee Simple | | $ 0.00 | $ 0.00 |
| ITEM 9 | Fee Simple | | $ 350,000.00 | $ 350,000.00 |
| ITEM 10 | Fee Simple | | $ 350,000.00 | $ 350,000.00 |
| ITEM 11 | Fee Simple | | $ 25,000.00 | $ 0.00 |
| ITEM 12 | Fee Simple | | $ 25,000.00 | $ 0.00 |
| ITEM 13 | Fee Simple | | $ 40,000.00 | $ 0.00 |

FORM B6A (Official Form 6A) (12/07)

In re _DAUFUSKIE ISLAND PROPERTIES, LLC_____ ,        Case No. _2:09-bk-389_____
                    Debtor(s)                                                                          (if known)

# SCHEDULE A-REAL PROPERTY
## Amended  03/06/2009

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| ITEM 14 | Fee Simple | | $ 0.00 | $ 0.00 |
| ITEM 15 | Fee Simple | | $ 50,000.00 | $ 0.00 |
| ITEM 16 | Fee Simple | | $ 1,000,000.00 | $ 0.00 |
| ITEM 17 | Fee Simple | | $ 5,640,000.00 | $ 0.00 |
| ITEM 18 | Fee Simple | | $ 200,000.00 | $ 0.00 |
| ITEM 19 | Fee Simple | | $ 0.00 | $ 0.00 |
| ITEM 20 (LISTED FOR INFO PURPOSES ONLY) | | | $ 0.00 | $ 0.00 |
| ITEM 21 (LISTED FOR INFO PURPOSES ONLY) | | | $ 0.00 | $ 0.00 |
| ITEM 22 | Fee Simple | | $ 400,000.00 | $ 0.00 |

Sheet No. _2_ of _7_ continuation sheets attached to Schedule of Real Property

**FORM B6A (Official Form 6A) (12/07)**

In re _DAUFUSKIE ISLAND PROPERTIES, LLC_____ ,          Case No. _2:09-bk-389_____
Debtor(s)                                                                                                (if known)

# SCHEDULE A-REAL PROPERTY
## Amended  03/06/2009

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _ITEM 23_ | _Fee Simple_ | | _$ 900,000.00_ | _$ 0.00_ |
| _ITEM 24 (LISTED FOR INFO PURPOSES ONLY)_ | | | _$ 0.00_ | _$ 0.00_ |
| _ITEM 25_ | _Fee Simple_ | | _$ 10,000,000.00_ | _$ 10,000,000.00_ |
| _ITEM 26_ | _Fee Simple_ | | _$ 7,200,000.00_ | _$ 7,200,000.00_ |
| _ITEM 27_ | _Fee Simple_ | | _$ 7,200,000.00_ | _$ 7,200,000.00_ |
| _ITEM 28 (LISTED FOR INFO PURPOSES ONLY)_ | | | _SEE ITEMS 59-62_ | _$ 0.00_ |
| _ITEM 29 (LISTED FOR INFO PURPOSES ONLY)_ | | | | _$ 0.00_ |
| _ITEM 30 (LISTED FOR INFO PURPOSES ONLY)_ | | | _SEE ITEMS 49-52_ | _$ 0.00_ |
| _ITEM 31_ | _Fee Simple_ | | _$ 0.00_ | _$ 0.00_ |

Sheet No. _3_ of _7_ continuation sheets attached to Schedule of Real Property

FORM B6A (Official Form 6A) (12/07)

In re _DAUFUSKIE ISLAND PROPERTIES, LLC_____,    Case No. _2:09-bk-389_____
　　　　　　　　　　Debtor(s)    　　　　　　　　　　　　　　　(if known)

# SCHEDULE A-REAL PROPERTY
## Amended  03/06/2009

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| ITEM 32 | Fee Simple | | $ 0.00 | $ 0.00 |
| ITEM 33 | Fee Simple | | $ 0.00 | $ 0.00 |
| ITEM 34 | Fee Simple | | $ 0.00 | $ 0.00 |
| ITEM 35 | Fee Simple | | $ 0.00 | $ 0.00 |
| ITEM 36 | Fee Simple | | $ 0.00 | $ 0.00 |
| ITEM 37 | Fee Simple | | $ 0.00 | $ 0.00 |
| ITEM 38 (LISTED FOR INFO PURPOSES ONLY) | | | SEE ITEMS 66, 68 | $ 0.00 |
| ITEM 39 | Fee Simple | | $ 0.00 | $ 0.00 |
| ITEM 40 | Fee Simple | | $ 1,500,000.00 | $ 0.00 |

FORM B6A (Official Form 6A) (12/07)

In re _DAUFUSKIE ISLAND PROPERTIES, LLC_____,    Case No._2:09-bk-389_____

Debtor(s)    (if known)

# SCHEDULE A-REAL PROPERTY
## Amended  03/06/2009

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| ITEM 41 | Fee Simple | | $ 4,000,000.00 | $ 0.00 |
| ITEM 42 | Fee Simple | | $ 800,000.00 | $ 800,000.00 |
| ITEM 43 | Fee Simple | | $ 800,000.00 | $ 800,000.00 |
| ITEM 44 | Fee Simple | | $ 1,000,000.00 | $ 1,000,000.00 |
| ITEM 45 | Fee Simple | | $ 650,000.00 | $ 650,000.00 |
| ITEM 46 | Fee Simple | | $ 650,000.00 | $ 650,000.00 |
| ITEM 47 | Fee Simple | | $ 650,000.00 | $ 650,000.00 |
| ITEM 48 | Fee Simple | | $ 650,000.00 | $ 650,000.00 |
| ITEM 49 | Fee Simple | | $ 650,000.00 | $ 650,000.00 |

FORM B6A (Official Form 6A) (12/07)

In re _DAUFUSKIE ISLAND PROPERTIES, LLC_____,    Case No. _2:09-bk-389___
                        Debtor(s)    (if known)

# SCHEDULE A-REAL PROPERTY
## Amended  03/06/2009

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| ITEM 50 | Fee Simple | | $ 650,000.00 | $ 650,000.00 |
| ITEM 51 | Fee Simple | | $ 650,000.00 | $ 547,173.39 |
| ITEM 52 | Fee Simple | | $ 650,000.00 | $ 0.00 |
| ITEM 53 | Fee Simple | | $ 450,000.00 | $ 0.00 |
| ITEM 54 | Fee Simple | | $ 450,000.00 | $ 0.00 |
| ITEM 55 | Fee Simple | | $ 450,000.00 | $ 0.00 |
| ITEM 56 | Fee Simple | | $ 450,000.00 | $ 0.00 |
| ITEM 57 | Fee Simple | | $ 450,000.00 | $ 0.00 |
| ITEM 58 | Fee Simple | | $ 450,000.00 | $ 0.00 |

FORM B6A (Official Form 6A) (12/07)

In re _DAUFUSKIE ISLAND PROPERTIES, LLC_____,        Case No._2:09-bk-389_____

Debtor(s)                                                                              (if known)

# SCHEDULE A-REAL PROPERTY
## Amended  03/06/2009

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| ITEM 59 | Fee Simple | | $ 10,400,000.00 | $ 0.00 |
| ITEM 60 (VALUE INCLUDED IN AND AS PART OF ITEM 59) | Fee Simple | | PART OF ITEM 59 | $ 0.00 |
| ITEM 61 (VALUE INCLUDED IN AND AS PART OF ITEM 59) | Fee Simple | | PART OF ITEM 59 | $ 0.00 |
| ITEM 62 (VALUE INCLUDED IN AND AS PART OF ITEM 59) | Fee Simple | | PART OF ITEM 59 | $ 0.00 |
| ITEM 63 | Fee Simple | | $ 5,000,000.00 | $ 5,000,000.00 |

Sheet No. _7_ of _7_ continuation sheets attached to Schedule of Real Property

**TOTAL $**  |  90,530,000.00

(Report also on Summary of Schedules.)

| | REAL ESTATE / DAUFUSKIE ISLAND PROPERTIES, LLC | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 03/05/2009 | | | | | | | | | |
| ITEM # | PROPERTY | ID NUMBER | PARCEL # | NICKNAME | DEED ID | LENDER | MORTGAGE ID | STATUS | VALUE |
| | | | | | | | | | |
| 1 | 7.362 Acres, Maintenance Area | Portion of R800 025 000 001A 0000 | 1 | MELROSE MAINTENANCE AREA (Maintenace buildings, warehouse, gas areas) | 01589/1517 1(a) 01589/1580 2(c) 01589/1596 2(g) | AFG Carolina Shores William R Dixon Jr. Coastal Connections Inc The Greenery Inc. | 02763/2135 01586/1319 02712/2124 00045/301 MechLien 00046/0682 Mech Lien | | $1,000,000 |
| | | | | | | | | | |
| 2 | Portion of Lot 2, Cooper River Plantation, 1.0 Acres | R800 021 000 006B 0000 | 2 | MELROSE LANDING (dock portion) | 01589/1527 1(b) 01589/1572 2(a) | The Greenery Inc | 00046/0982 Mech Lien | | $2,000,000 |
| 3 | Portion of Lot 2, Cooper River Plantation, 3.013 Acres | R800 021 000 006C 0000 | 2 | MELROSE LANDING (land portion) | | The Greenery Inc | 00046/0982 Mech Lien | | $3,000,000 |
| | | | | | | | | | |
| 4 | 300 Acres, Portion of Melrose Plantation | R800 025 000 001A 0000 | 3 | MELROSE CLUB (Melrose Golf Course/facilities, equestrian center, Island House Conference Center, tennis villa area) | 01589/1580 2(c) | AFG Carolina Shores William R Dixon Jr. Coastal Connections Inc. The Greenery | 02763/2135 01586/1319 02712/2124 00045/0301 00046/0682 Mech Lien | | $16,750,000 |

1

| | | | | | | Inc. | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| 5 | 176.30 Acres, Bloody Point Golf Course and Facilities | R800 027 00A 0076 0000 | 4 | BLOODY POINT GOLF COURSE | 01589/1517 1(a) 01589/1577 2(b) 01589/1586 2(e) 01589/1591 2(f) | The Greenery Inc. | 00046/0682 Mech Lien | | $3,000,000 |
| 6 | Tract B, 199.28 Acres, Eigelberger Tract | R800 027 000 0007 0000 R800 027 000 0026 0000 | 10 | Eigelberger Tract | 01589/1537 1(d) 01589/1586 2(e) | CSE Mortgage (CapSource) | 02583/0658 | I/N/O Eprop LLC | $18,000,000 |
| | | | | | | | | | |
| 7 | Tract A, 1.98 Acres, Bloody Point | R800 027 000 0022 0000 | 11 | Tract A adjacent to Eigelberger Tract | 01589/1537 1(d) | | | I/N/O Eprop LLC | $100,000 |
| | | | | | | | | | |
| 8 | Riverfront Lot III, Cemetery Access and Parking Easement, and Lot III, Bloody Point Golf Course and Facilities | R800 027 00A 0078 0000 | 12 | Bloody Point Cemetery | 01589/1537 1(d) 01589/1572 2(a) 01589/1591 2(f) | | | | $0 |
| | | | | | | | | | |
| 9 | Lot 50, Phase I, Daufuskie Island Club | R800 027 00A 0050 0000 | 13 | Bloody Point-Sixty-Six Group Lots | 01589/1555 1(f) 01589/1577 2(b) | BeachFirst | 02739-2247 | | $350,000 |
| 10 | Lot 51, Phase I, Daufuskie Island Club | R800 027 00A 0051 0000 | 13 | Bloody Point-Sixty-Six Group Lots | | BeachFirst | 02739-2247 | | $350,000 |
| | | | | | | | | | |
| 11 | Lot 326, Melrose, Plat 2, Block B | R800 025 00F 0001 0000 | 15 | Melrose-MAC Inventory Lots | | | | | $25,000 |
| 12 | Lot 327, Melrose, Plat 2, Block B | R800 025 00F 0002 0000 | 15 | Melrose-MAC Inventory Lots | | | | | $25,000 |
| 13 | Lot 350, Melrose, | R800 025 | 15 | Melrose-MAC | | | | | $40,000 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Plat 2, Block B | 00F 0003 0000 | | Inventory Lots | | | | | |
| 14 | Lot 351, Melrose, Plat 2, Block B | R800 025 00F 0062 0000/Shd be referenced as R800 025 00A 0062 0000 | 15 | Melrose-MAC Inventory Lots | | | | | $0 |
| 15 | Lot 373, Melrose, Plat 2, Block B | R800 025 00F 0078 0000/Shd be referenced as R800 025 00A 0078 0000 | 15 | Melrose-MAC Inventory Lots | | | | | $50,000 |
| | | | | | | | | | |
| 16 | 7.26 Acres, Including access and utility easement, Staff Housing Area, Melrose Plantation | R800 024 000 0166 0000 | 16 | Melrose Residual Property (Concrete plant parcel, employee housing tract) | 01589/1560 | AFG | | | $1,000,000 |
| 17 | Phase 3, Block A, Open Space, Future Development, and Silver Dew Lane | Portion of R800 025 000 0001 0000 | 16 | Melrose Residual Property (Silver Dew, Parcel "C," 11th Fairway, two single family lots ) | | | | | $5,640,000 |
| 18 | 26.34 Acres, Open Space, Melrose, Phase I | R800 025 00B 0120 000 | 16 | Melrose Residual Property (One single family lot (approx. .60 acres) to be subdivided out of 26.34 acre parcel valued at $200,000 – remainder valued at $0) | | | | | $200,000 |
| 19 | 5.007 Acres, Open Space, Melrose, Plat 2, Block B | R800 025 00A 0074 000 | 16 | Melrose Residual Property | | | | | $0 |
| 20 | Remaining Portion | Remaining | 16 | Melrose Residual | | | | | $0 |

3

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | of  Melrose Residual Land, originally 362.55 Acres, Melrose Plantation and Melrose Club | Portion of R800 025 000 0001 000 | | | Property | | | | |
| 21 | -Save and Except: Lots 1-234, Phase 1; Lots 235-283, 284-296, 309, 326, 327, 350-378, Phase 2; Lots 284-296, 306, 326, 327, 350-354, 355-357, 365-373; Lots 297-305, 307-316,328-345, Phase 3, Blocks A & B; Lots 501-503, Driftwood Cottages; 7.254 Acres adjacent to Fairway No. 14 and No. 15; 12.589 Acres, adjacent to Fairway No. 2, 10 & Driving Range; 7.362 Acres, Maintenance Area; 7.26 Acres, Staff Housing Area; Roads with Phase I, 2 and Driftwood Cottages | | 16 | | | | | | N/a |
| | | | | | | | | | |
| 22 | Parcel "H," 0.75 Acres, and portion of right of way for Bloody Point Road to southwest of Parcel "H," Bloody Point Golf Course and Facilities | R800 027 00A 0085 000 | 17 | Bloody Point Parcel H and Future Development (Part of roadway to be relocated for "Bloody Point Village" development | 01589/1537 1(d) 01589/1572 2(a) 01589/1591 2(f) | | | | $400,000 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | parcel) | | | | | |
| 23 | Future Development Tracts (2) along River Road 50' R/W, Phase II Lots, Portion of Daufuskie Island Club | R800 027 00A 0087 000 | 17 | Bloody Point Parcel H and Future Development (Lots, along River Road) | 01589/1537 1(d) | | | | $900,000 |
| 24 | Generic legal description, of all properties not otherwise conveyed belonging to DAUFUSKIE CLUB INC AKA DAUFUSKIE ISLAND CLUB & RESORT INC, MELROSE LANDING CORPORATION, SALTY FARE OWNERS ASSOCIATION INCL, BLOODY POINT ASSET CORP, MELROSE ASSET CORP | R000 000 000 0000 0000 | | | 01589/1586 2(e) | | | | N/a |
| 25 | Phase # 1, Melrose Inn Parcel, 8.62 Acres, Part of 300 Acres, Melrose | Portion of R800 025 000 001A 0000 | | | | AFG<br><br>Carolina Shores<br><br>William R. Dixon, Jr.<br><br>Coastal Connections Inc<br><br>The Greenery | 02763/2135 | | $10,000,000 |

| | | | | | | | | | | Inc | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 26 | Phase # 2, Melrose Inn Parcel, 4.47 Acres, Part of 300 Acres, Melrose | Portion of R800 025 000 001A 0000 | | | (NORTH: Development parcel for 36Density Units) | | AFG<br><br>Carolina Shores<br><br>William R. Dixon, Jr.<br><br>Coastal Connections Inc<br><br>The Greenery Inc | 02763/2135 | | $7,200,000 |
| 27 | Phase # 3, Melrose Inn Parcel, 4.54 Acres, Part of 300 Acres, Melrose | Portion of R800 025 000 001A 0000 | | | (SOUTH: Development parcel for 36 Density Units) | | AFG<br><br>Carolina Shores<br><br>William R. Dixon, Jr.<br><br>Coastal Connections Inc<br><br>The Greenery Inc | 02763/2135 | | $7,200,000 |
| 28 | 5.83 Acres, Melrose Beach Club Parcel (See Items 59,60,61,62 Below) | R800 025 000 0124 0000 | | | | (Portion 01589/1517) (Portion 01589/1580) (Portion 01589/1586) (Total value is $10,400,000 ) | BeachFirst<br><br>(Excepted from AFG Mtg) | 02739-2247 | | (See Below) |
| 29 | Parcel 81, on subdivision of Beach Cottages #81, 91, 97, 5.01 Acres (Plat 123/164) | R800 025 000 0126 0000 | | | (See Cottages at 99 Avenue of Oaks, 97 Avenue of Oaks, 93 Avenue of Oaks, 91 Avenue of Oaks, 83 Avenue | (Portion 01589/1517) (Portion 01589/1580) (Portion 01589/1586) | BeachFirst<br><br>(Excepted from AFG Mtg)<br><br>(Excepted | 02739-2247 | | (See Below) |

6

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | of Oaks, 81 Avenue of Oaks, below) ($2,700,000 collective total for the 6 one-half duplex Cottages described individually below) | | from Dixon Mtg) | | | |
| 30 | Parcel 102, on subdivision of Beach Cottages #102, 106, 110, 5.07 Acres (Source of Beach Cottage #106/108, Beach Cottage #102/104) (Same as Items 49,50 below) | R800 025 000 0129 0000 (#102), R800 025 000 0128 0000 (#106), R800 025 000 0127 0000 (#110) | | | (Portion 01589/1517) (Portion 01589/1580) (Portion 01589/1586) ($1,300,000 total value per cottage) | BeachFirst (Excepted from AFG Mtg) (Excepted from Dixon Mtg) | 02739-2247 | | (See Below) |
| 31 | Open Space #1, Beach Cottages at Melrose | | | | (Portion 01589/1517 1(a)) (Portion 01589/1580 2(c)) (Portion 01589/1586 2(e)) | (Excepted from AFG Mtg) (Excepted from Dixon Mtg) | | | $0 |
| 32 | Open Space #2, Beach Cottages at Melrose | | | | (Portion 01589/1517) (Portion 01589/1580) (Portion 01589/1586) | (Excepted from AFG Mtg) (Excepted from Dixon Mtg) | | | $0 |
| 33 | Open Space #3, Beach Cottages at Melrose | | | | (Portion 01589/1517) (Portion 01589/1580) (Portion 01589/1586) | (Excepted from AFG Mtg) (Excepted from Dixon Mtg) | | | $0 |
| 34 | Open Space #4, Beach Cottages at | | | | (Portion 01589/1517) (Portion 01589/1580) | (Excepted from AFG | | | $0 |

7

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Melrose | | | | (Portion 01589/1586) | Mtg) | | |
| | | | | | | (Excepted from Dixon Mtg) | | |
| 35 | Open Space #5, Beach Cottages at Melrose | | | | (Portion 01589/1517) (Portion 01589/1580) (Portion 01589/1586) | (Excepted from AFG Mtg) (Excepted from Dixon Mtg) | | $0 |
| 36 | Open Space #6, Beach Cottages at Melrose | | | | (Portion 01589/1517) (Portion 01589/1580) (Portion 01589/1586) | (Excepted from AFG Mtg) (Excepted from Dixon Mtg) | | $0 |
| 37 | Open Space Access # 1, 2, Beach Cottages at Melrose | | | | (Portion 01589/1517) (Portion 01589/1580) (Portion 01589/1586) | (Excepted from AFG Mtg) (Excepted from Dixon Mtg) | | $0 |
| 38 | Tract C, Beach Cottages at Melrose | R800 025 000 0093 0000, | | $1,300,000 for beach Cottages #66 and #68 individually listed below) | (Portion 01589/1517) (Portion 01589/1580) (Portion 01589/1586) | (Excepted from Dixon Mtg) | Tract C reacquired in Deed 02595/2106) | (See Below) |
| 39 | Tract of 10.90 Acres, Melrose Plantation, Boundary and Wetlands Survey | | | | (Portion 01589/1517) (Portion 01589/1580) (Portion 01589/1586) | (Excepted from AFG Mtg) (Excepted from Dixon Mtg) | | $0 |
| | | | | | | | | |
| 40 | Bloody Point, Lot A-2, Swimming Pool | R800 027 00A 0092 0000 | | | | | | $1,500,000 |
| | | | | | | | | |
| 41 | Bloody Point Village | R8900 027 00A 0076 | | (Development parcel-Not | | | | $4,000,000 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Development | 0000 | | subdivided-Part of Golf Course parcel) | | | | |
| 42 | Cottage 5501, 14 Avenue of Oaks | Portion of R800 025 000 001A 0000 | | (Magnolia cottage: HR/Engineering offices) | | Carolina Shores<br><br>William R. Dixon, Jr.<br><br>Coastal Connections Inc<br><br>The Greenery Inc | | $800,000 |
| 43 | Cottage 5601, 15 Avenue of Oaks | Portion of R800 025 000 001A 0000 | | (Azalea cottage: Employee cafeteria) | | Carolina Shores<br><br>William R. Dixon, Jr.<br><br>Coastal Connections Inc<br><br>The Greenery Inc | | $800,000 |
| 44 | Cottage 3000-3001, 60 Avenue of Oaks AKA TRACT A, LOT 60 | R800 025 000 0091 0000 | | (2-Bedroom cottage) | (Portion 01589/1517) (Portion 01589/1580) (Portion 01589/1586) | BeachFirst<br><br>(Excepted from AFG Mtg) | 02739-2247 | $1,000,000 |
| 45 | Cottage 3050-3051, 62 Avenue of Oaks AKA TRACT B, LOT 62 | R800 025 000 0092 0000 | | (1/2 of duplex) | (Portion 01589/1517) (Portion 01589/1580) (Portion 01589/1586) | BeachFirst<br><br>(Excepted from AFG Mtg) | 02739-2247 | $650,000 |
| 46 | Cottage 3052-3053, 64 Avenue of Oaks AKA TRACT C, LOT 64 | R800 025 000 0092 0000 | | (1/2 of duplex) | 02595/2106 | BeachFirst<br><br>(Excepted from AFG Mtg) | 02739-2247 | $650,000 |

9

| 47 | Cottage 3100-3101, 66 Avenue of Oaks | R800 025 000 0093 0000 | | (1/2 of duplex) | | BeachFirst | 02739-2247 (Parcel 6) | | $650,000 |
| 48 | Cottage 3102-3103, 68 Avenue of Oaks | R800 025 000 0093 0000 | | (1/2 of duplex) | | BeachFirst | 02739-2247 (Parcel 6) | | $650,000 |
| 49 | Cottage 3500-3501, 102 Avenue of Oaks (aka Lot K, Plat 124/31) | R800 025 000 0127 0000 | | (1/2 of duplex) | | BeachFirst | | | $650,000 |
| 50 | Cottage 3502-3503, 104 Avenue of Oaks | R800 025 000 0127 0000 | | (1/2 of duplex) | | BeachFirst | | | $650,000 |
| 51 | Cottage 3550-3551, 106 Avenue of Oaks (aka Lot L, Plat 124/31) | R800 025 000 0128 0000 | | (1/2 of duplex) | | BeachFirst | | | $650,000 |
| 52 | Cottage 3552-3553, 108 Avenue of Oaks | R800 025 000 0128 0000 | | (1/2 of duplex) | | BeachFirst | | | $650,000 |
| 53 | Cottage 4750-4751, 99 Avenue of Oaks | R800 025 000 0126 0000 | | (1/2 of duplex) | | BeachFirst | 02739-2247 (Parcel 2) | | $450,000 |
| 54 | Cottage 4752-4753, 97 Avenue of Oaks | R800 025 000 0126 0000 | | (1/2 of duplex) | | BeachFirst | 02739-2247 (Parcel 2) | | $450,000 |
| 55 | Cottage 4900-4901, 93 Avenue of Oaks | R800 025 000 0126 0000 | | (1/2 of duplex) | | BeachFirst | 02739-2247 (Parcel 2) | | $450,000 |
| 56 | Cottage 4902-4903, 91 Avenue of Oaks | R800 025 000 0126 0000 | | (1/2 of duplex) | | BeachFirst | 02739-2247 (Parcel 2) | | $450,000 |
| 57 | Cottage 4950-4951, 83 Avenue of Oaks | R800 025 000 0126 0000 | | (1/2 of duplex) | | BeachFirst | 02739-2247 (Parcel 2) | | $450,000 |
| 58 | Cottage 4952-4953, 81 Avenue of Oaks | R800 025 000 0126 0000 | | (1/2 of duplex) | | BeachFirst | 02739-2247 (Parcel 2) | | $450,000 |
| 59 | Cottage 4160, 175 Avenue of Oaks | R800 025 000 0124 0000 | | (Part of Beach Club-previously Item 28, listed above) | | BeachFirst | 02739-2247 (Parcel 1) | | $10,400,000 (*=Includes Items 59, 60, 61, 62 Below) |
| 60 | Cottage 4170, 177 Avenue of Oaks | R800 025 000 0124 | | (Part of Beach Club-previously | | BeachFirst | 02739-2247 (Parcel 1) | | * |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 0000 | | | Item 28, listed above) | | | | |
| 61 | Cottage 4180, 179 Avenue of Oaks | R800 025 000 0124 0000 | | | (Part of Beach Club-previously Item 28, listed above) | | BeachFirst | 02739-2247 (Parcel 1) | | * |
| 62 | Cottage 4190 (Beach Club Site) | R800 025 000 0124 0000 | | | (Part of Beach Club-previously Item 28, listed above) | | BeachFirst | 02739-2247 (Parcel 1) | | * |
| 63 | Village Area (without Cottages 5501-5601) | Portion of R800 025 000 001A 0000 | | | (2nd row development parcel: Vacant land at this time) | | AFG Carolina Shores William R. Dixon, Jr. Coastal Connections Inc The Greenery Inc | | | $5,000,000 |
| | | | | | | | | | |

03/05/2009

11

B6B (Official Form 6B) (12/07)

/S/Gayle Bulls Dixon, Member. 03-06-09

In re  **_DAUFUSKIE ISLAND PROPERTIES, LLC_** _____,    Case No. **_2:09-bk-389_**
                      Debtor(s)                                                      (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended  03/06/2009

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | | *Cash*<br>*Location: In debtor's possession* | | $ 22,000.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Deposit Accounts*<br>*Location: In debtor's possession* | | $ 44,000.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | *Security Deposits*<br>*Location: In debtor's possession* | | $ 99,717.35 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07)

/s/Gayle Bulls Dixon, Member 03/06/09

In re *DAUFUSKIE ISLAND PROPERTIES, LLC*                                    ,          Case No. *2:09-bk-389*
                    Debtor(s)                                                                                          (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended  03/06/2009
### (Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | *Shares, Beach Cottages*<br>*Location: In debtor's possession* | | *Unknown* |
| | | *Shares, Daufuskie Isld Props Ga LLC*<br>*Location: In debtor's possession* | | *Unknown* |
| | | *Shares, Daufuskie Isld Resort Realty*<br>*Location: In debtor's possession* | | *Unknown* |
| | | *Shares, Eprop LLC*<br>*(Value determined by estimated values of realty, $18,000,000 and $100,000, less CSE Mortgage claim of c. $$8,963,584.54)*<br>*Location: In debtor's possession* | | *$ 9,136,415.46* |
| | | *Shares, Swift Cat LLC*<br>*Location: In debtor's possession* | | *Unknown* |
| | | Shares,Melrose Utility Company | | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | *X* | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | *X* | | | |
| 16. Accounts Receivable. | | *Accounts Receivable*<br>*Location: In debtor's possession* | | *$ 375,866.00* |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | *X* | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | *X* | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | *X* | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | *X* | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of | | *Claim vs. VDM/T LAND COMPANY LLC (foreclosure for land that was the Golf Academy)* | | *$ 500,000.00* |

B6B (Official Form 6B) (12/07)

In re _DAUFUSKIE ISLAND PROPERTIES, LLC_____ ,    Case No. _2:09-bk-389_
Debtor(s)    (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended  03/06/2009
### (Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| each. | | *Location: In debtor's possession* | | |
| | | *Claims via Lawsuits. See SOFA #4A* *Location: In debtor's possession* | | *TBD* |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | *Vehicles (see attached)* *Location: In debtor's possession* | | *$ 330,786.40* |
| 26. Boats, motors, and accessories. | | *Boats (titled) (see attached)* *Location: In debtor's possession* | | *$ 1,045,000.00* |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | *Misc Office Equipment (see attached)* *Location: In debtor's possession* | | *$ 6,544,343.00* |
| 29. Machinery, fixtures, equipment and supplies used in business. | | *1 - Toro Workman 3200.1 - Toro Multi Pro 1200.1 - Toro Pro Core 880.1 - Dakota 4, 10 Topdresser.1 - Toro NSN Classic Support Plan 1 - Toro NSN Essentials Support, Plan.* *Location: In debtor's possession* | | *Unknown* |
| | | *1 BOBCAT ALL WHEEL STEER LOADER A300 S/N 539911*** HIGH FLOW HYDLIC ALARM PKG ATTACHMNT CNTRL KIT, BOIN LP BKT FORK FRAME/4BIN FORKS1 BOBCAT STUMP CUTTER/GRINDER SGX60 S/N A00700*** BOBCAT TRENCHER LT313 SN 04540**** | | *Unknown* |

Page __3__ of __6__

B6B (Official Form 6B) (12/07)

In re _DAUFUSKIE ISLAND PROPERTIES, LLC_____ ,    Case No. _2:09-bk-389___
                             Debtor(s)                                                      (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended  03/06/2009
### (Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | *3FTX6FT CUP TEETH SS PATTERN Together with all present and future attachments, accessories, replacement parts, additions, and all cash and non-cash proceeds thereof. Location: In debtor's possession* | | |
| | | *2 - Toro Debris Blower 600.1 - Toro Turf Sweeper 4800.10 - Toro Workman 1100.1 Toro Sand Pro 3020.1 - Toro Spiker for Sand Pro.2 - Toro Reelmaster 5400-D.7 Toro Greensmaster 1000.7 - Toro Trans Pro 80 Trailer.2 - Toro Greensmaster 3150. 4 - Toro Groundsmaster 4500-D.1 - Lely Spreader.2 - Buffalo Turbine Blower. Location: In debtor's possession* | | *Unknown* |
| | | *All equipment and inventory. financed by Textron Financial Corporation and/or manufactured and/or distributed bv Textron Golf. Turf and Specialty Products. a division of Textron Inc.. wherever located. in which Debtor now or hereafter has rights,none of which the debtor is authorized to sell. lease or otherwise dispose of without the written consent of secured party. whether or not bearing the E-Z-Go trademark or trade name. including. but not limited to golf cars and utilitv vehicles; all present and future attachments. accessories and accessions to such equipment and inventory. all spare parts,replacements, substitutions and exchanges therefore: all trade-ins relating thereto: all instruments. accounts and chattel paper arising therefrom (including leases and conditional sale contracts); and the proceeds of all of the foregoing. including proceeds in the form of ooods. accounts. chattel paper. documents, instruments and/or general intangibles. All cash and non-cash proceeds of any of the foregoing in whatever form (including proceeds in the form of inventory. equipment or any other form of personal* | | *Unknown* |

B6B (Official Form 6B) (12/07)

In re _DAUFUSKIE ISLAND PROPERTIES, LLC_ ,          Case No. _2:09-bk-389_
                                                                                              (if known)
          Debtor(s)

# SCHEDULE B-PERSONAL PROPERTY
## Amended  03/06/2009
### (Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | property), including proceeds of proceeds. Location: In debtor's possession | | |
| | | ONE (1) CATERPILLAR 420EIT BACKHOE LOADER SiN: KMWO1125 And substitutions, replacements, additions and accessions thereto, now owned or hereafter acquired and proceeds thereof Location: In debtor's possession | | Unknown |
| 30. Inventory. | | Inventory (food, beverage, golf and fuel) Location: In debtor's possession | | $ 459,632.38 |
| 31. Animals. | | Horses/Animals Location: In debtor's possession | | $ 10,000.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Misc personal property (collectively, the "Collateral"), which is related to, used in connection with or located on, in or under the real property legally described in Exhibit "A" attached hereto (the "Property"): (a) all instruments, including, without limitation, promissory notes and associated security therewith that may be owned by Debtors, or any of them; (b) all general intang1bles of Debtors, or any of them; (c) all documents, including, without limitation, contracts, sales and purchase contracts, leases, subleases of Debtors, or any of them; (d) all software owned by Debtors, or any of them; (e) all accounts, deposit accounts (including consumer deposit accounts), accounts receivable, escrow | | Unknown |

Page ___5___ of ___6___

B6B (Official Form 6B) (12/07)

In re **DAUFUSKIE ISLAND PROPERTIES, LLC**                                    ,          Case No. **2:09-bk-389**
                                    Debtor(s)                                                                                   (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended  03/06/2009
(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | | Husband--H Wife--W Joint--J Community--C | |
| | | accounts, consignments, chattel paper (including both tangible, intangible and electronic chattel paper), payment intangibles, letter of credit rights, certificates of title, bonds, escrow accounts, commercial tort claims, bank accounts, and the like of Debtors, or any of them; (f) all goods, materials, supplies, chattels, furniture, fixtures, licenses, equipment and inventory; (g) all development rights, agricultural lien rights (including both possessary and non-possessary agricultural lien rights), farm products, water taps and tap rights, water r1ghts, water stock and permits of Debtors, or any of them; (h) all contracts and contract rights and all and all ownership interests, distribution rights, proceeds and all other things of value attributable therewith owned by Debtors, or any of them; (i) all interests of Debtors, or any of them, in any trusts, estates, joint ventures and associations, and all other things of value attributable therewith; and (0) all accessions, increases, renewals, replacements, proceeds (including both cash and non-cash proceeds), products, related securities (whether certificated or uncertificated), general intangibles, supporting obligations, and insurance proceeds related to any the above enumerated interests. Location: In debtor's possession | | |
| | | NOTE ONLY-Many broadly described assets on Schedule B may be duplications on the attachments. Location: In debtor's possession | | N/A |

Total ➡                **$ 18,567,760.59**

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6D (Official Form 6D) (12/07)

*/S/Gayle Bulls Dixon, Member. 03-06-09*

In re *DAUFUSKIE ISLAND PROPERTIES, LLC* ,                                    Case No. *2:09-bk-389*
_____
**Debtor(s)**                                                                            (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## Amended  03/06/2009

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien   H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: | X | | | | | $ 4,048,167.00 | $ 0.00 |
| *Creditor # : 1* *AFG, LLC* *100 Jackson Street* *Suite 201* *Denver CO 80206* | | *Mortgage, UCC* *Melrose Tracts, ITEM 1, ITEM 4, ITEM 16, ITEM 25, ITEM 26, ITEM 27, ITEM 63* | | | | | |
| | | Value: $ 48,150,000.00 | | | | | |
| Account No: | X | | | | | $ 6,147,173.39 | $ 0.00 |
| *Creditor # : 2* *BEACH FIRST NATIONAL BANK* *1000 William Hilton Pky* *Suite F4* *Hilton Head Isla SC 29928* | | *Mortgage* *ITEM 9, ITEM 10, ITEM 28, ITEM 30, ITEMS 44-62* | | | | | |
| | | Value: $ 20,000,000.00 | | | | | |
| Account No: | | | | | | $ 27,535,156.00 | $ 0.00 |
| *Creditor # : 3* *CAROLINA SHORES LLC* *160 Sansome St, 11th Floor* *San Francisco CA 94104* | | *Mortgage* *ITEM 1, ITEM 4, ITEM 25, ITEM 26, ITEM 27, ITEM 42, ITEM 43, ITEM 63* | | | | | |
| | | Value: $ 48,750,000.00 | | | | | |

2 continuation sheets attached

Subtotal $   $ 37,730,496.39          $ 0.00
(Total of this page)

Total $
(Use only on last page)

(Report also on Summary of Schedules.)          (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)   - Cont.

In re <u>DAUFUSKIE ISLAND PROPERTIES, LLC</u>,     Case No. <u>2:09-bk-389</u>
              **Debtor(s)**                                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## Amended  03/06/2009

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 4*<br>*CATERPILLAR FINANCIAL SERVICES*<br>*P.O. Box 13834*<br>*Newark NJ 07188-0834* | | *UCC 64541496, Delaware*<br>*ONE (1) CATERPILLAR 420EIT BACKHOE LOADER SiN: KMWOl125 etc.*<br>Value: *$ 0.00* | | | | *$ 6,676.55* | *$ 6,676.55* |
| Account No:<br>*Creditor # : 5*<br>*CITICAPITAL COMMERCIAL LEASING*<br>*3950 Regent Blvd 2d Floor*<br>*Irving TX 75063* | | *UCC 63129350,Delaware*<br>*1 BOBCAT ALL WHEEL STEER LOADER A300 SiN 539911023 HIGH FLOW*<br>Value: *$ 0.00* | | | | *TBD* | *$ 0.00* |
| Account No:<br>*Creditor # : 6*<br>*COASTAL CONNECTIONS INC*<br>*P.O. Box 931974*<br>*Cleveland OH 44193* | | *Mechanics Lien*<br>*ITEM 1, ITEM 4, ITEM 25, ITEM 26, ITEM 27, ITEM 42, ITEM 43, ITEM 63*<br>Value: *$ 48,750,000.00* | | | | *$ 62,883.00* | *$ 62,883.00* |
| Account No:<br>*Representing:*<br>*COASTAL CONNECTIONS INC* | | *Nexsen Pruet*<br>*Jeffrey Tibbals*<br>*400 Main Street, Ste 100A*<br>*Hilton Head Isla SC 29925*<br>Value: | | | | | |
| Account No:<br>*Creditor # : 7*<br>*TEXTRON BUSINESS SERVICES*<br>*Dept. AT 40219*<br>*Atlanta GA 31192-0219* | X | *UCC 43578376, Delaware*<br>*All equipment and inventory. financed by Textron Financial Corp (See Sched B for details)*<br>Value: *$ 0.00* | | | | *$ 127,557.78* | *$ 127,557.78* |
| Account No:<br>*Creditor # : 8*<br>*THE GREENERY INC*<br>*P.O. Box 6569*<br>*Hilton Head Isla SC 29938* | | *Mechanics Lien*<br>*ITEM 1, ITEM 2, ITEM 3, ITEM 4, ITEM 5, ITEM 25, ITEM 26, ITEM 27, ITEM 42, ITEM 43, ITEM 63*<br>Value: *$ 56,750,000.00* | | | | *$ 300,202.68* | *$ 0.00* |

Sheet no. 1 of 2 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ *$ 497,320.01*  *$ 197,117.33*
Total $
(Use only on last page)
(Report also on Summary of Schedules.)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

**B6D (Official Form 6D) (12/07)   - Cont.**

In re _DAUFUSKIE ISLAND PROPERTIES, LLC_ _____,    Case No. _2:09-bk-389_ _____
                    **Debtor(s)**                                                                    **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## Amended  03/06/2009

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *Creditor # : 9* *TURF EQUIPMENT LEASING COMPANY* *P.O. Box 668883* *Charlotte NC 28266* | X | *UCC 43578377, Delaware*  *1 - Toro Workman 3200.1 - Toro Multi Pro 1200.1 - Toro Pro Core, 2 - Toro Debris Blower*  Value: *$ 0.00* | | | | *$ 75,528.96* | *$ 75,528.96* |
| Account No: *Creditor # : 10* *WILLIAM R DIXON, JR.* *NCM Company* *160 Sansome St, 11th Floor* *San Francisco CA 94104* | | *Mortgage* *ITEM 1, ITEM 4, ITEM 25, ITEM 26, ITEM 27, ITEM 42, ITEM 43, ITEM 63*  Value: *$ 48,750,000.00* | | | | *$ 33,574,713.05* | *$ 16,408,036.05* |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |

Sheet no. 2  of  2  continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal $ (Total of this page) | *$ 33,650,242.01* | *$ 16,483,565.01* |
| Total $ (Use only on last page) | *$ 71,878,058.41* | *$ 16,680,682.34* |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

In re: *DAUFUSKIE ISLAND PROPERTIES, LLC,*                    Case No. *2:09-bk-389*
   *A DELAWARE LLC*
   *aka Daufuskie Island Resort & Breathe Spa*

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None   ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                 SOURCE

*Year to date: $37,624.*        *Business Operations*
*Last Year: $17,255,089.*     *Business Operations*
*Year before: $27,536,309.*   *Business Operations*

---

### 2. Income other than from employment or operation of business

None   ☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Form 7 (12/07)

**3. Payments to creditors**

None ☒ Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐ b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

*See attached.*

None ☐ c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

*See attached.*

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *The Melrose Club Inc. v. Daufuskie Island Properties LLC, et al. 2008CP07-3647* | *Declaratory judgment, with counterclaims and third-party complaints for various causes of action* | *Beaufort County Clerk of Court* | *Pending. Responses due on counterclaim and third-party complaints.* |

*NOTE: SEE ATTACHED FOR FULL LISTING OF LITIGATION)*

None ☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Hudgins Co Inc* | *Dec 2008* | *11 Ice Machines* |

Statement of Affairs - Page 2

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

*POB 16235*
*Savannah GA 31416*

---

### 5. Repossessions, foreclosures and returns

None
☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 6. Assignments and receiverships

None
☒

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☒

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None
☒

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None
☐

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| *Laundry/Admin building burned down $526,680 budiling/facilities plus $5,000 in stored items and vehicle damage* | *Circumstances:*<br>*Insurance: None* | *7/26/08* |
| *Income/Revenue, c. $175,301* | *Circumstances:Hurricane Hanna*<br>*Insurance:* | *09/2008* |

---

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

Statement of Affairs - Page 3

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Ivan N. Nossokoff*<br>*1470 Tobias Gadson Blvd*<br>*Suite 107*<br>*Charleston, SC 29407* | *Date of Payment:12/2008*<br>*Payor: Carolina Shores LLC*<br>*advancement for the Debtor* | *$40,000.00* |

## 10. Other transfers

None ☐   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| *SEE ATTACHED FOR LISTING OF ALL TRANSFERS* | *SEE ATTACHED* | *SEE ATTACHED.* |

None ☒   b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

## 11. Closed financial accounts

None ☐   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| *Beach First* | *Account Type and No.:Checking Final Balance:$_____ _* | *Oct 2008. Account closed for Daufuskie Isld Properties Georgia LLC.* |

## 12. Safe deposit boxes

None ☒   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None ☒   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☒    List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☒    If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☒    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

None ☒    For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☒    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☒    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

**18. Nature, location and name of business**

None ☐    a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

        If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses      in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

Form 7 (12/07)

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencmentment of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| *Daufuskie Island Properties LLC, a Delaware LLC* | *TaxPayer ID: See petition* | | *See petition* | *Own, operate various real properties, businesses on Daufuskie Island, SC* |
| *Eprop, LLC* | *TaxPayer ID: 26-031***** | | *421 Squire Pope Rd, HHI, SC 29926* | *Real estate ownership and development, Daufuskie Island, SC* |
| *Swift Cat LLC* | *TaxPayer ID: 20-147***** | | *421 Squire Pope Rd, HHI, SC 29926* | *Holds boats and leases them to Debtor* |
| *Daufuskie Island Resort Realty* | *TaxPayer ID:20-2110**** | | *421 Squire Pope Rd, HHI, SC 29926* | *Real Estate Sales* |
| *Rosemix* | *TaxPayer ID: 57-087***** | | *421 Squire Pope Rd, HHI, SC 29926* | *Concrete company* |
| *Melrose Utilities* | *TaxPayer ID: 57-082***** | | *421 Squire Pope Rd, HHI, SC 29926* | *Utility services* |
| *Beach Cottages* | *TaxPayer ID: 14-187***** | | *421 Squire Pope Rd, HHI, SC 29926* | *Real estate development* |
| *Daufuskie Island Properties Georgia LLC* | *TaxPayer ID: 20-532***** | | *421 Squire Pope Rd, HHI, SC 29926* | *Savannah operations* |
| *Eprop Management Inc* | *TaxPayer ID: 26-031***** | | *421 Squire Pope Rd, HHI, SC 29926* | *Will provide* |

Statement of Affairs - Page 6

None ☒   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.   A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements

None ☐   a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| *The West Paces Hotel Group LLC*<br>*3384 Peachtree Rd, Ste 375*<br>*Atlanta GA 30326* | *Dates: 12/2005 -*<br>*Present* |

None ☒   b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
| --- | --- |
| *Debtor, c/o Rence Jones,*<br>*Tim Foley, William R*<br>*Dixon, Jr., Gayle Bulls*<br>*Dixon* | *Offices of Debtor* |

None ☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

| NAME | ADDRESS | DATES ISSUED |
| --- | --- | --- |
| *Most financial*<br>*institutions and vendors*<br>*of the debtor.* | | |

## 20. Inventories

None ☒   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☒  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☒  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| *William R. Dixon, Jr.* | *Member, Manager* | *50% of shares* |
| *Gayle Bulls Dixon* | *Member* | *50% of shares* |

## 22. Former partners, officers, directors and shareholders

None ☒  a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None ☒  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distribution by a corporation

None ☐  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *See attached* | | |

## 24. Tax Consolidation Group.

None ☒  If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

**25. Pension Funds.**

None
☐   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

NAME OF PENSION FUND                  TAXPAYER-IDENTIFICATION NUMBER (EIN)

*Name: 401k plan*                         *ID#: see schedules.*

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date   *03/06/2009*             Signature   */s/ GAYLE BULLS DIXON*

                                          *GAYLE BULLS DIXON*           *Member*
                                            Print Name and Title

     *[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. §§ 152 and 3571.*

*SOFA/4A*

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Daufuskie Island Properties, | Plaintiff | 2005CP0701345 | 07/19/2005 | Ended | 08/29/2005 | Common Pleas | Debt Collections 110 | 2005CP0701345 | Beaufort County Common Pleas |
| Daufuskie Island Properties, | Plaintiff | 2005CP0701511 | 08/10/2005 | Ended | 11/15/2005 | Common Pleas | Debt Collections 110 | 2005CP0701511 | Beaufort County Common Pleas |
| Daufuskie Island Properties, | Plaintiff | 2005CP0701512 | 08/10/2005 | Ended | 02/13/2006 | Common Pleas | Debt Collections 110 | 2005CP0701512 | Beaufort County Common Pleas |
| Daufuskie Island Properties, | Plaintiff | 2006CP0700463 | 03/02/2006 | Dismissed | 04/28/2008 | Common Pleas | Breach of Cont 140 | | Beaufort County Common Pleas |
| Daufuskie Island Properties, | Plaintiff | 2006CP0700628 | 03/20/2006 | Disposed | 07/06/2006 | Common Pleas | Breach of Cont 140 | 2006CP0700628 | Beaufort County Common Pleas |
| Daufuskie Island Properties Llc, | Defendant | 2007CP0700171 | 01/22/2007 | Settled | 05/19/2008 | Common Pleas | Torts/Other 399 | | Beaufort County Common Pleas |
| Daufuskie Island Properties Llc, | Defendant | 2007CP0702333 | 08/15/2007 | Settled | 11/10/2008 | Common Pleas | Premises Liab 330 | | Beaufort County Common Pleas |
| Daufuskie Island Properties Llc, | Plaintiff | 2007CP0703406 | 11/27/2007 | Settled | 05/20/2008 | Common Pleas | Breach of Cont 140 | | Beaufort County Common Pleas |
| Daufuskie Island Properties Llc, | Plaintiff | 2008CP0700055 | 01/09/2008 | Disposed | 06/13/2008 | Common Pleas | Breach of Cont 140 | 2008CP0700055 | Beaufort County Common Pleas |
| Daufuskie Island Properties LLC, | Plaintiff | 2008CP0702587 | 07/16/2008 | Pending | | Common Pleas | Breach of Cont 140 | | Beaufort County Common Pleas |
| Daufuskie Island Properties LLC, | Plaintiff | 2008CP0702920 | 08/12/2008 | Pending | | Common Pleas | Breach of Cont 140 | | Beaufort County Common Pleas |
| Daufuskie Island Properties LLC, | Defendant | 2008CP0703647 | 09/25/2008 | Pending | | Common Pleas | Real Prop/Other 499 | | Beaufort County Common Pleas |
| Daufuskie Island Properties Llc, | Defendant | 2008CP0703783 | 10/01/2008 | Disposed | 01/16/2009 | Common Pleas | Debt Collections 110 | 2008CP0703783 | Beaufort County Common Pleas |
| Daufuskie Island Properties Llc, | Plaintiff | 2008CP0704035 | 10/21/2008 | Settled | 12/11/2008 | Common Pleas | Breach of Cont 140 | | Beaufort County Common Pleas |
| Daufuskie Island Properties Llc, | Plaintiff | 2008CP0704036 | 10/21/2008 | Pending | | Common Pleas | Breach of Cont 140 | | Beaufort County Common Pleas |

1 2

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Daufuskie Island Properties Llc, | Defendant | 2008CP0704930 | 12/16/2008 | | Pending | Common Pleas | Contract/Other 199 | Beaufort County Common Pleas |
| Daufuskie Island Properties Llc, | Defendant | 2008CP0704960 | 12/17/2008 | | Pending | Common Pleas | Mechanic's Lien 430 | Beaufort County Common Pleas |
| Daufuskie Island Properties Llc, | Defendant | 2008LP0701333 | 09/25/2008 | | Pending | Lis Pendens | Foreclosure | Beaufort County Common Pleas |

1 2

SOFA #10

Search:  DAUFUSKIE ISLAND PROPERTIES LL  between date 19-Jan-2007 and 20-Jan-2009    Page 1
Verified as of 03/05/2009
(Displaying 1-49 of 49 Records)

* Designates From Party    Records In Color: Not Verified Record, Replaced Record, Correction Record    Click View to See Document Details    Click on any Data Element to Filter

| Name | Cross Name | Date | Type | Book | Page | Stat us | Legal | | | | | | |
|------|-----------|------|------|------|------|---------|-------|--|--|--|--|--|--|
| DAUFUSKIE ISLAND PROPERTIES LLC | CLUB FINANCIAL CORP | 02/12/200 7 | PAR EL | 2520 | 199 8 | V | BK1586P1277 BK1589P1640 MULTIPLE TRACTS DAUFUSKIE ISLAND | | | | | | |
| DAUFUSKIE ISLAND PROPERTIES LLC | TREMAINE, HARRY B | 04/10/200 7 | WAI V | 2552 | 432 | V | LT 106 DAUFUSKIE ISLAND CLUB BLOODY POINT | R000 0 | 00 0 | 00 0 | 000 0 | 089 0 | 00 |
| DAUFUSKIE ISLAND PROPERTIES LLC | COLLINS, STEWART KITTREDGE TRUSTEE | 05/04/200 7 | RED H | 2564 | 993 | V | UNT A-E SALTY FARE HPR HHI | R510 3 | 00 0 | 00 A | 089 1 | 000 0 | 00 |
| DAUFUSKIE ISLAND PROPERTIES LLC | EPROP LLC | 06/12/200 7 | RED V | 2582 | 209 8 | V | 199.28 AC DAUFUSKIE ISLAND | R800 2 7 | 02 0 | 00 7 | 000 0 | 000 0 | 00 |
| DAUFUSKIE ISLAND PROPERTIES LLC | EPROP LLC | 06/12/200 7 | ASSI G | 2582 | 210 3 | V | BK2582P2078 | R000 0 | 00 0 | 00 0 | 000 0 | 000 0 | 00 |
| DAUFUSKIE ISLAND PROPERTIES LLC | BEACH FIRST NATIONAL BANK | 07/10/200 7 | MOR T | 2595 | 210 9 | V | TR A B & C BEACH COTTAGES DAUFUSKIE ISLAND | R000 0 | 00 0 | 00 0 | 000 0 | 000 0 | 00 |
| DAUFUSKIE ISLAND PROPERTIES LLC | BEACH FIRST NATIONAL BANK | 08/03/200 7 | SATI S | 2608 | 624 | V | BK1872P1646 | R000 0 | 00 0 | 00 0 | 000 0 | 000 0 | 00 |
| DAUFUSKIE ISLAND PROPERTIES LLC | BEACH FIRST NATIONAL BANK | 08/03/200 7 | SATI S | 2608 | 625 | V | BK1872P1654 | R000 0 | 00 0 | 00 0 | 000 0 | 000 0 | 00 |
| DAUFUSKIE ISLAND PROPERTIES LLC | ALLISON, PATRICK S | 09/13/200 7 | WAI V | 2625 | 212 3 | V | LT 172 PH I MELROSE PLANT 19 VOLUNTEER RIDGE DAUFUSKIE ISL | R000 0 | 00 0 | 00 0 | 000 0 | 000 0 | 00 |
| DAUFUSKIE ISLAND PROPERTIES LLC | LEIBOLD, DENNIS T | 09/17/200 7 | WAI V | 2626 | 203 6 | V | LT 98 DAUFUSKIE ISLAND CLUB | R000 0 | 00 0 | 00 0 | 000 0 | 000 0 | 00 |
| DAUFUSKIE ISLAND PROPERTIES LLC | PENSCO TRUST CO CUSTODIAN FBO | 11/09/200 7 | WAI V | 2649 | 63 | V | LT 100 BLOODY POINT DAUFUSKIE ISLAND CLUB | R00 | 00 0 | 00 0 | 000 0 | 000 0 | 00 |
| DAUFUSKIE ISLAND PROPERTIES LLC | JANSON, LAWRENCE | 12/27/200 7 | RED C | 2665 | 253 8 | V | BK2183P1874 LT 85 PH II DAUFUSKIE ISLAND | R800 7 | 02 A | 00 4 | 010 0 | 000 0 | 00 |
| DAUFUSKIE ISLAND PROPERTIES LLC | JANSON, LAWRENCE | 12/27/200 7 | RED C | 2665 | 253 8 | V | BK2183P1874 LT 85 PH II DAUFUSKIE ISLAND | R800 7 | 02 A | 00 4 | 010 0 | 000 0 | 00 |
| DAUFUSKIE ISLAND PROPERTIES LLC | COOK, SHEILA | 01/07/200 8 | WAI V | 2669 | 195 9 | V | LT 86 BLOODY POINT DAUFUSKIE ISLAND CLUB | R000 0 | 00 0 | 00 0 | 000 0 | 000 0 | 00 |
| DAUFUSKIE ISLAND PROPERTIES LLC | ANDREWS, MICHAEL W | 01/22/200 8 | WAI V | 2674 | 951 | V | LT 17 BLOODY POINT DAUFUSKIE ISLAND | R000 0 | 00 0 | 00 0 | 000 0 | 000 0 | 00 |
| DAUFUSKIE ISLAND PROPERTIES LLC | | 02/07/200 8 | PLL | 123 | 157 | V | 5.83 AC PAR MELROSE BEACH CLUB DAUFUSKIE ISLAND | R800 5 | 02 0 | 00 A | 001 0 | 000 0 | 00 |
| DAUFUSKIE ISLAND PROPERTIES LLC | | 02/12/200 8 | PLL | 123 | 162 | V | PAR 102 BEACH COT. 102 106 & 110 5.07 ACS DAUFUSKIE ISL | R800 5 | 02 0 | 00 A | 001 0 | 000 0 | 00 |
| DAUFUSKIE ISLAND PROPERTIES LLC | | 02/13/200 8 | PLL | 123 | 164 | V | PAR 81 BEACH COTTAGES 81 91 & 97 5.01 ACS DAUFUSKIE ISL | R800 5 | 02 0 | 00 A | 001 0 | 000 0 | 00 |
| DAUFUSKIE ISLAND PROPERTIES LLC | CAROLINA SHORES LLC | 02/25/200 8 | PAR EL | 2686 | 196 1 | V | BK1586P1319 PARCEL 81 DAUFUSKIE ISLAND | R000 0 | 00 0 | 00 0 | 000 0 | 000 0 | 00 |
| DAUFUSKIE ISLAND PROPERTIES LLC | BEACH FIRST NATIONAL BANK | 02/25/200 8 | MOR T | 2686 | 195 2 | V | PARCEL 81 BEACH COTTAGES MELROSE PLANT DAUFUSKIE ISLANG | R000 0 | 00 0 | 00 0 | 000 0 | 000 0 | 00 |
| DAUFUSKIE ISLAND PROPERTIES LLC | | 03/12/200 8 | PLL | 124 | 31 | V | 5.07 AC LTS K L M BEACH COTTAGES 102 106 110 MELROSE PLANT | R800 5 | 02 0 | 00 A | 001 0 | 000 0 | 00 |
| DAUFUSKIE ISLAND PROPERTIES LLC | HOLMAN, PETER JR | 04/15/200 8 | WAI V | 2709 | 115 1 | V | LT 267 MELROSE PLAN | R000 0 | 00 0 | 00 0 | 000 0 | 000 0 | 00 |
| DAUFUSKIE ISLAND PROPERTIES LLC | DIXON, WILLIAM R JR | 04/23/200 8 | MOR T | 2712 | 212 4 | V | 307.362 MELROSE DAUFUSKIE ISLAND | R000 0 | 00 0 | 00 0 | 000 0 | 000 0 | 00 |
| DAUFUSKIE ISLAND PROPERTIES LLC | DEMARCO, H PAUL | 05/02/200 8 | WAI V | 2717 | 327 | V | LT 231 MELROSE DAUFUSKIE ISLAND | R000 0 | 00 0 | 00 0 | 000 0 | 000 0 | 00 |

| Debtor | Creditor | Date | Type | Book | Page | V | Description | Parcel |
|---|---|---|---|---|---|---|---|---|
| DAUFUSKIE ISLAND PROPERTIES LLC | GRIFFIN, JAMES MICHAEL | 05/15/2008 | RED M | 2722 | 1055 | V | LT 75 PH 1 DAUFUSKIE ISLAND CLUB DAUFUSKIE ISLAND | R800 02 00 007 000 00 7 A 5 0 |
| DAUFUSKIE ISLAND PROPERTIES LLC | GRIFFIN, JAMES MICHAEL | 05/15/2008 | RED M | 2722 | 1055 | V | LT 75 BEACH DRIVE | R000 00 00 000 000 00 0 0 0 0 |
| DAUFUSKIE ISLAND PROPERTIES LLC | BEACH FIRST NATIONAL BANK | 05/20/2008 | PAR EL | 2724 | 2744 | V | BK2686P1952 LT 75 PH I DAUFUSKIE ISLAND | R000 00 00 000 000 00 0 0 0 0 |
| DAUFUSKIE ISLAND PROPERTIES LLC | BEACH FIRST NATIONAL BANK | 06/30/2008 | MOR T | 2739 | 2247 | V | MULTI PAR DAUFUSKIE ISLAND | R000 00 00 000 000 00 0 0 0 0 |
| DAUFUSKIE ISLAND PROPERTIES LLC | BEACH FIRST NATIONAL BANK | 06/30/2008 | ASSI G | 2739 | 2279 | V | MULTI PAR DAUFUSKIE ISLAND | R000 00 00 000 000 00 0 0 0 0 |
| DAUFUSKIE ISLAND PROPERTIES LLC | BEACH FIRST NATIONAL BANK | 06/30/2008 | ASSI G | 2739 | 2275 | V | PAR 1-6 DAUFUSKIE PLANTATION | R000 00 00 000 000 00 0 0 0 0 |
| DAUFUSKIE ISLAND PROPERTIES LLC | DIXON, WILLIAM R JR | 06/30/2008 | PAR EL | 2739 | 2286 | V | BK2712P2124 MELROSE BEACH CLUB PLANT DAUFUSKIE ISLAND | R000 00 00 000 000 00 0 0 0 0 |
| DAUFUSKIE ISLAND PROPERTIES LLC | BEACH FIRST NATIONAL BANK | 06/30/2008 | UC1 S | 6 | 1625 | V | MULTI PAR DAUFUSKIE ISLAND | R000 00 00 000 000 00 0 0 0 0 |
| DAUFUSKIE ISLAND PROPERTIES LLC | NASH, CHRISTOPHER F | 07/29/2008 | WAI V | 2750 | 719 | V | LT 31 BLOODY POINT DAUFUSKIE ISLAND CLUB | R000 00 00 000 000 00 0 0 0 0 |
| DAUFUSKIE ISLAND PROPERTIES LLC | BEACH FIRST NATIONAL BANK | 08/20/2008 | SATI S | 2757 | 1633 | V | BK2595P2109 | R000 00 00 000 000 00 0 0 0 0 |
| DAUFUSKIE ISLAND PROPERTIES LLC | BEACH FIRST NATIONAL BANK | 08/20/2008 | SATI S | 2757 | 1635 | V | BK2686P1952 | |
| DAUFUSKIE ISLAND PROPERTIES LLC | AFG LLC | 09/11/2008 | MOR T | 2763 | 2135 | V | 300 AC MELROSE PLANT DAUFUSKIE ISLAND | R000 00 00 000 000 00 0 0 0 0 |
| DAUFUSKIE ISLAND PROPERTIES LLC | AFG LLC | 09/11/2008 | ASSI G | 2763 | 2175 | V | PAR 300 ACS DAUFUSKIE ISL POR MELROSE PLANT | R000 00 00 000 000 00 0 0 0 0 |
| DAUFUSKIE ISLAND PROPERTIES LLC | AFG LLC | 09/12/2008 | SUB AG | 2763 | 2550 | V | BK2712P2124 | R000 00 00 000 000 00 0 0 0 0 |
| DAUFUSKIE ISLAND PROPERTIES LLC | AFG LLC | 09/12/2008 | SUB AG | 2763 | 2562 | V | BK1586P1319 BK1589P1689 | R000 00 00 000 000 00 0 0 0 0 |
| DAUFUSKIE ISLAND PROPERTIES LLC | SENN, ROBERT | 10/20/2008 | WAI V | 2776 | 67 | V | LT 78 DAUFUSKIE ISLAND CLUB PH II | R000 00 00 000 000 00 0 0 0 0 |
| DAUFUSKIE ISLAND PROPERTIES LLC | RESIDENCE CLUB AT DAUFUSKIE ISLAND RESORT & BREATHE SPA | 11/19/2008 | CAR | 2784 | 2213 | V | 0.337 AC LT M BEACH COTTAGES AT MELROSE DAUFUSKIE ISLAND | |
| DAUFUSKIE ISLAND PROPERTIES LLC | MELROSE BEACH DEVELOPMENT INVESTORS LLC | 12/09/2008 | RED | 2789 | 2268 | V | LT M .337 ACS BEACH COTTAGES MELROSE DAUFUSKIE ISL | R800 02 00 012 000 00 5 0 9 0 |
| DAUFUSKIE ISLAND PROPERTIES LLC | | 12/10/2008 | PLL | 127 | 19 | V | 8.801 AC MELROSE INN PAR AVE OF OAKS DAUFUSKIE ISLAND | R800 02 00 001 000 00 5 0 A 0 |
| DAUFUSKIE ISLAND PROPERTIES LLC | BEACH FIRST NATIONAL BANK | 12/11/2008 | PAR EL | 2790 | 1177 | V | BK2739P2247 LT M .337 ACS BEACH COTTAGES DAUFUSKIE | |
| DAUFUSKIE ISLAND PROPERTIES LLC | WOOD, JOSLYN V | 12/16/2008 | RED | 2791 | 1907 | V | LT 353 MELROSE DAUFUSKIE ISLAND | R800 02 00 005 000 00 5 A 7 0 |
| DAUFUSKIE ISLAND PROPERTIES LLC | GEMELLARO, THOMAS G | 12/17/2008 | RED | 2792 | 747 | V | LT 3582 MELROSE DAUFUSKIE ISL | R800 02 00 005 000 00 5 A 6 0 |
| DAUFUSKIE ISLAND PROPERTIES LLC | SIMONELLI, ANTHONY A | 12/31/2008 | WAI V | 2796 | 100 | V | LT 80 BLOODY POINT DAUFUSKIE ISLAND CLUB | |
| DAUFUSKIE ISLAND PROPERTIES LLC | SCHOLL, SHERRY M | 01/08/2009 | RED | 2798 | 439 | V | LTS 370 & 371 MELROSE DAUFUSKIE ISL | R800 02 00 007 000 00 8 A 5 0 |
| DAUFUSKIE ISLAND PROPERTIES LLC | COULOMBE, MARC A | 01/16/2009 | RED | 2800 | 1262 | V | LT 372 MELROSE DAUFUSKIE ISLAND | R800 02 00 007 000 00 5 A 7 0 |

Copyright © 2009 by NewVision Systems Corporation. All rights reserved.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA
### AMENDED  03/06/2009

In re:  **DAUFUSKIE ISLAND PROPERTIES, LLC**

Case No.  **2:09-bk-389**
Chapter  **11**

`/S/Gayle Bulls Dixon, Member. 03-06-09`

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE:  ONLY INCLUDE information directly related to the business operation.)

| | | |
|---|---|---:|
| PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS: | | |
| 1. Gross Income For 12 Months Prior to Filing: | | $  **17,255,089.00** |
| | | |
| PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME: | | |
| 2. Gross Monthly Income: | | $  **0.00** |
| | | |
| PART C - ESTIMATED FUTURE MONTHLY EXPENSES: | | |
| 3. Net Employee Payroll (Other Than Debtor) | $  **0.00** | |
| 4. Payroll Taxes | **0.00** | |
| 5. Unemployment Taxes | **0.00** | |
| 6. Worker's Compensation | **0.00** | |
| 7. Other Taxes | **0.00** | |
| 8. Inventory Purchases (Including raw materials) | **0.00** | |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | **0.00** | |
| 10. Rent (Other than debtor's principal residence) | **0.00** | |
| 11. Utilities | **0.00** | |
| 12. Office Expenses and Supplies | **0.00** | |
| 13. Repairs and Maintenance | **0.00** | |
| 14. Vehicle Expenses | **0.00** | |
| 15. Travel and Entertainment | **0.00** | |
| 16. Equipment Rental and Leases | **0.00** | |
| 17. Legal/Accounting/Other Professional Fees | **0.00** | |
| 18. Insurance | **0.00** | |
| 19. Employee Benefits (e.g., pension, medical, etc.) | **0.00** | |
| | | |
| 20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify): | | |
| | $  **0.00** | |
| | **0.00** | |
| | **0.00** | |
| 21. Other (Specify) | | |
| **See attached Budget, best estimates.** | $  **0.00** | |
| | **0.00** | |
| | **0.00** | |
| 22. Total Monthly Expenses | | $  **0.00** |
| PART D - ESTIMATED AVERAGE  NET MONTHLY INCOME: | | |
| 23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2) | | $  **0.00** |

**DAUFUSKIE ISLAND PROPERTIES, LLC**                                      **BUDGET**

| **RESIDUAL/ANTICIPATED** | **FEB** | **MAR** |
|---|---|---|
| **BEGINNING CASH BALANCE** | 55,000 | (374,313) |
| | | |
| **RECEIPTS FROM SALES** | | |
| Beach Club Restaurant | 0 | 0 |
| Island House | 0 | 87,645 |
| Bloody Point Golf Course | 0 | 0 |
| Bloody Point Restaurant | 0 | 0 |
| Common Area Maintenance | 0 | 0 |
| Cottage Cart Rentals | 0 | 0 |
| Breathe Spa | 200 | 500 |
| Residence Club/POA Fees | 2,700 | 4,015 |
| Old Accounts Receivable | 2,000 | 6,500 |
| Jacks Restaurant | 0 | 3,340 |
| Melrose Golf Course | 17,000 | 53,985 |
| Melrose Inn | 1,200 | 14,600 |
| Melrose Restaurant | 4,400 | 18,400 |
| DI Club & Resort Membership | 14,500 | 4,000 |
| Lot Sales | 0 | 43,000 |
| Rental Management Access Fees | 0 | 0 |
| **TOTAL SALES RECEIPTS** | 42,000 | 235,985 |
| | | |
| **RECEIPTS FROM LEASES** | | |
| Daufuskie Ferry Co. - Clipper 1 | 0 | 0 |
| Daufuskie Ferry Co. - DI3 | 0 | 0 |
| Daufuskie Ferry Co. - Melrose | 1,500 | 1,500 |
| Daufuskie Ferry Co. - Salty Fare | 2,500 | 2,500 |
| Daufuskie Ferry Co. - Swift Cat | 0 | 0 |
| Daufuskie Stables, LLC | 0 | 0 |
| DIRR - Jack's Office | 0 | 300 |
| DIRR - Melrose Inn Office | 0 | 200 |
| DIRR - Savannah Office | 0 | 1,800 |
| Rockby Inc Employee Housing | 850 | 850 |
| Hilton Head Rentals & Golf | 400 | 380 |
| Island Management, Inc. (1) | 300 | 300 |
| Island Management, Inc. (2) | 1,670 | 1,670 |
| JJK Realty Assoc., LLC - Maint. | 1,000 | 1,000 |
| JJK Realty Assoc., LLC - Trans. | 0 | 15,000 |
| Triune Corporation | 1,300 | 1,300 |
| **TOTAL LEASE RECEIPTS** | 9,520 | 26,800 |
| | | |
| **RECEIPTS FROM DIP LOAN** | 0 | 750,000 |
| | | |
| **CASH AVAILABLE FOR EXPENSES** | 106,520 | 638,472 |

**DAUFUSKIE ISLAND PROPERTIES, LLC**                                **BUDGET**

**DISBURSEMENTS**

| | | |
|---|---:|---:|
| Advertising | 0 | 0 |
| Bank Charges | 500 | 500 |
| Auto & Truck | 0 | 500 |
| Capital Expense: Seawall | 42,500 | 0 |
| Capital Expense: Cottages | 2,500 | 2,500 |
| Continuing Education | 0 | 0 |
| Contract Services | 26,000 | 59,000 |
| Credit Card Fees | 2,000 | 4,000 |
| Data Processing (NCM, Opera) | 7,550 | 3,350 |
| Development Expenses | 10,500 | 17,000 |
| DIP Loan Commitment Fees | 0 | 150,000 |
| DIP Loan Due Diligent Fees | 0 | 75,000 |
| DIP Loan Collateral Admin Fees | 0 | 5,000 |
| Equipment Rentals | 0 | 4,500 |
| Ferry Tickets (Employees/Members) | 14,000 | 10,750 |
| Insurance - Business | 15,000 | 30,765 |
| Insurance - Employee | 34,900 | 34,900 |
| Interest (AFG) | 50,000 | 50,000 |
| Interest (Beachfirst) | 0 | 0 |
| Interest (DIP Loan) | 0 | 0 |
| Inventory Purchases | 8,000 | 28,000 |
| Lease Expense | 52,800 | 52,800 |
| Management Fees | 12,875 | 12,875 |
| Office Expense | 500 | 500 |
| Professional Fees | 15,000 | 30,000 |
| Repairs & Maintenance | 1,270 | 1,300 |
| Salaries - Employees | 28,000 | 48,500 |
| Subcontracts | 6,500 | 13,000 |
| Taxes - Hospitality | 125 | 1,656 |
| Taxes - License | 7,500 | 0 |
| Taxes - Payroll | 2,858 | 6,300 |
| Taxes - Property | 0 | 0 |
| Taxes - Sales | 325 | 12,075 |
| Telephone | 38,300 | 38,300 |
| Transportation (Guests, Employees) | 0 | 2,500 |
| Travel | 1,200 | 1,500 |
| Uniforms | 0 | 0 |
| US Trustee Fees | 0 | 4,300 |
| Utilities | 100,130 | 25,000 |
| **TOTAL DISBURSEMENTS** | 480,833 | 726,371 |

**ENDING CASH BALANCE**                          (374,313)          (87,899)

090226A

B6 Declaration (Official Form 6 - Declaration) (12/07)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

In re *DAUFUSKIE ISLAND PROPERTIES, LLC, A DELAWARE LLC*    Case No. *2:09-bk-389*

*aka Daufuskie Island Resort & Breathe Spa*    Chapter    *11*

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *8* | $  *90,530,000.00* | | |
| B-Personal Property | *Yes* | *6* | $  *18,567,760.59* | | |
| C-Property Claimed as Exempt | *No* | *0* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *3* | | $  *71,878,058.41* | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *2* | | $  *20,058.96* | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *71* | | $  *16,310,899.21* | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *12* | | | |
| H-Codebtors | *Yes* | *2* | | | |
| I-Current Income of Individual Debtor(s) | *No* | *0* | | | $  *0.00* |
| J-Current Expenditures of Individual Debtor(s) | *No* | *0* | | | $  *0.00* |
| TOTAL | | *104* | $  *109,097,760.59* | $  *88,209,016.58* | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re _DAUFUSKIE ISLAND PROPERTIES, LLC, A DELAWARE LLC_____      Case No. _2:09-bk-389___
                              Debtor                                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, _GAYLE BULLS DIXON_____, _Member_____ of the _Corporation_ LLC_____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of     _105_ sheets,
and that they are true and correct to the best of my knowledge, information, and belief.

3/6/09
Date: ~~1/20/2009~~_____            Signature _/s/ GAYLE BULLS DIXON_____
                                               Name: _GAYLE BULLS DIXON_
                                               Title: _Member_

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| IN RE: | ) | **Case No. 09-0389−jw** |
| | ) | **Chapter 11** |
| **DAUFUSKIE ISLAND PROPERTIES, LLC,** | ) | |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

I certify that on 03/06/2009, I served a copy of the following documents upon the parties listed below, by CM/ECF, and/or by mailing a copy of the same by the United States Postal Service, by fax, and/or by hand delivery, and/or by FedEx, and/or by email:

**DOCUMENT:**

**PARTIES SERVED:**

**AMENDMENTS TO SCHEDULES**

**US Trustee's Office**
**Strom Thurmond Federal Building**
**1835 Assembly St.**
**Suite 953**
**Columbia, SC 29201**
**Joseph.F.Buzhardt@usdoj.gov**

See Attached.

Charleston, South Carolina

/s/ Ivan N Nossokoff
Ivan N. Nossokoff
IVAN N. NOSSOKOFF, LLC

| **PALMETTO FERRY COMPANY** | **THE GREENERY, INC.** | **THE WEST PACES HOTEL** |
|---|---|---|
| P.O. Box 2912 | P.O. Box 6569 | **GROUP, LLC** |
| Bluffton, SC 29910 | Hilton Head Island, SC 29938 | 3384 Peachtree Rd. Suite 375 |
| Richard Inglis | Scott Slawson | Atlanta, GA 30326 |

| | | |
|---|---|---|
| Richard@palmettoferry.com<br>P. 843-757-7819<br>F. 843-757-9921 | scottslawson@thegreeneryinc.com<br>Wiliam H Davoli<br>BillDavoli@thegreeneryinc.com<br>P. 843-785-3848 ext 110<br>F. 843-785-6582 | Owen Dorsey<br>odorsey@westpaceshotels.com<br>P. 404-842-7292<br>F. 404-842-7288 |
| **ADVANCE PAYROLL FUNDING, LTD**<br>Assignment of Coastal Connection, Inc.<br>3401 Enterprise Parkway<br>5th Floor<br>Beachwood, OH 44122<br>Jeremy L. Bilsky, Esquire<br>jbilsky@advancepayroll.com<br>P. 216-831-8900 ext 151<br>F. 216-831-8819 | **TROON GOLF, LLC**<br>15044 N. Scottsdale Rd.<br>Suite 300<br>Scottsdale, AZ 85254<br>Jeff Hansen, Esquire<br>jhansen@troongolf.com<br>P. 480-477-0439<br>F. 480-477-0639 | |
| **Stephen A. McCartin**<br>**Gardere Wynne Sewell LLP**<br>**smccartin@gardere.com**<br>**1601 Elm Street | Suite 3000**<br>**Dallas, Texas 75201**<br>**214-999-4945**<br>**Attorney for Committee** | **J. Ronald Jones, Jr., Esquire**<br>**CLAWSON & STAUBES, LLC**<br>**126 Seven Farms Drive, Suite 200**<br>**Charleston, South Carolina 29492**<br>**rjones@clawsonandstaubes.com**<br>**(843) 577-2026**<br>**Attorney for Committee** | **Robert A. Kerr, Jr.**<br>**Hagood & Kerr, PA**<br>**654 Coleman Blvd., Suite 100**<br>**Mount Pleasant, South Carolina 29464**<br>**rkerr@HagoodKerr.com**<br>**(843) 972-1000**<br>**Attorney for AFG, LLC** |
| **TURF EQUIPMENT LEASING COMPANY**<br>**P.O. Box 668883**<br>**Charlotte NC 28266**<br>**Frank Merchant**<br>**P. 704-333-9844**<br>**F. 704-333-9851**<br>**fmerchant@turflease.com** | **MCNAIR LAW FIRM, PA**<br>Attn: Accounts Receivable<br>P.O. Box 11390<br>Columbia SC 29211<br>Anne Dietz<br>P. 843-785-2171<br>F. 843-686-5991<br>adietz@mcnair.net | **TEXTRON BUSINESS SERVICES**<br>Dept. AT 40219<br>Atlanta GA 31192-0219<br>P. 401-621-4261<br>F. 401-621-4408<br>customercare@textronfinancial.com |
| **Linda K. Barr**<br>**Nelson Mullins Riley &**<br>**Scarborough, LLP**<br>**P.O. Box 11070**<br>**Columbia, SC 29211-1070**<br>**(803) 255-9394**<br>**(803) 255-9644 (fax)**<br>**Linda.barr@nelsonmullins.com** | Charles P. Summerall, IV, Esq.<br>Buist Moore Smythe McGee P.A.<br>P.O. Box 999<br>Charleston, South Carolina 29402<br>Telephone: (843) 722-3400<br>Facsimile: (843) 723-7398<br>CSummerall@Buistmoore.com | T. Alexander Beard, Esq.<br>1002 Anna Knapp Boulevard, Suite 6<br>Mt. Pleasant, SC 29464<br>Telephone: (843) 216-0331<br>Facsimile: (843) 884-7950<br>beardlaw@comcast.net |
| | CAROLINA SHORES, LLC<br>160 Sansome St, 11th Floor<br>San Francisco, CA 94104<br>bd1941@aol.com | WILLIAM R. DIXON, JR.<br>160 Sansome St, 11th Floor<br>San Francisco, CA 94104<br>bd1941@aol.com |
| THE GREENERY INC<br>P.O. Box 6569<br>Hilton Head Island, SC 29938<br>Andrea ext. 105 AR<br>P. 843-785-3848<br>F. 843-785-6582<br>leeedwards@thegreeneryinc.com | CSE MORTGAGE LLC<br>CAPITAL SOURCE<br>4445 Willard Ave, 12th Floor<br>Chevy Chase, MD 20815<br>P. 301-841-2700<br>F. 301-272-3592<br>Walter Standish, CEO<br>wstandish@beachfirst.com<br>Anh Boesch<br>aboesch@capitalsourcebank.com | BEACH FIRST NATIONAL BANK<br>1000 William Hilton Pky<br>Suite F4<br>Hilton Head Island, SC 29928<br>P. 843-686-1557<br>F. 843-342-8867<br>F. 843-842-3235<br>Paul Walter<br>pwalter@beachfirst.com |

| | | |
|---|---|---|
| Caterpillar Financial Services<br>PO Box 13834<br>Newark NJ 07188<br>Arthur.acklie@cat.com<br>Fax 615-341-6905. | Citicapital Commercial Leasing<br>250 E. John Carpenter Fwy<br>Irving TX 75062-2710<br>469-220-4043<br>(Fedex) | |
| Coastal Connections Inc.<br>mel@mycoastalconnections.comFax : 843-681-5870 | IKON Financial Services<br>Bankruptcy Admin<br>Christine Etheridge<br>1738 Bass Rd<br>Macon GA 31208-3708<br>800-450-6513<br>Christine.etheridge@ikonfin.com | Melrose Club Management Inc<br>Nelson Mullins Riley Scarborough<br>George Cauthen<br>George.cauthen@nelsonmullins.com<br>Jody Bedenbaugh<br>Jody.bedenbaugh@nelsonmullins.com<br>Eleni Roumel<br>Eleni.roumel@nelsonmullins.com |
| Textron Financial<br>Cooper & Moore PA<br>James D Cooper<br>1416 Laurel St<br>Columbia SC 29211-1869<br>803 779 3939<br>jdc@ccmgpa.com | Collison Publishing<br>Allison Warner<br>Panckey & Horlock, LLC<br>4360 Chamblee Dunwoody Rd<br>Ste 500<br>Atlanta GA 30341<br>770 670 6250<br>awarner@panckeyhorlock.com | William G McCarthy Jr., Esq.<br>1715 Pickens St<br>Columbia, SC 29201<br>(803) 771-8836<br>bmccarthy@mccarthy-lawfirm.com |
| Barbara Barton, Esq.<br>Barton Law Firm, P.A.<br>1715 Pickens Street<br>Columbia, South Carolina 29201<br>Phone: 803-256-6582<br>Fax: 803-779-0267<br>BBarton@bartonlawsc.com | | |
| | | |