/S/Gayle Bulls Dixon, Member. 03-06-09

In re *DAUFUSKIE ISLAND PROPERTIES, LLC* ,                    Case No. 2:09-bk-389

Debtor(s)                                                                      (if known)

# SCHEDULE A-REAL PROPERTY
## Amended  03/06/2009

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *(NOTE TO SCHEDULE A: SEE ATTACHED FOR PROPERTY LISTINGS, PROVIDED TO BEST OF INFORMATION AND BELIEF)* | | | $ 0.00 | $ 0.00 |
| ITEM 1 | *Fee Simple* | | $ 1,000,000.00 | $ 1,000,000.00 |
| ITEM 2 | *Fee Simple* | | $ 2,000,000.00 | $ 300,202.68 |
| ITEM 3 | *Fee Simple* | | $ 3,000,000.00 | $ 0.00 |
| ITEM 4 | *Fee Simple* | | $ 16,750,000.00 | $ 16,750,000.00 |
| ITEM 5 | *Fee Simple* | | $ 3,000,000.00 | $ 0.00 |

FORM B6A (Official Form 6A) (12/07)

7   continuation sheets attached

EXHIBIT
A

FORM B6A (Official Form 6A) (12/07)

In re _DAUFUSKIE ISLAND PROPERTIES, LLC_ ,    Case No. _2:09-bk-389_
Debtor(s)    (if known)

# SCHEDULE A-REAL PROPERTY
## Amended  03/06/2009

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| ITEM 6 _(LISTED FOR INFO PURPOSES ONLY. TITLE HELD BY SUBSIDIARY, EPROP, LLC. SEE SCHEDULE B)_ | Fee Simple | | $ 0.00 | $ 0.00 |
| ITEM 7 _(LISTED FOR INFO PURPOSES ONLY. TITLE HELD BY SUBSIDIARY, EPROP, LLC. SEE SCHEDULE B)_ | | | $ 0.00 | $ 0.00 |
| ITEM 8 | Fee Simple | | $ 0.00 | $ 0.00 |
| ITEM 9 | Fee Simple | | $ 350,000.00 | $ 350,000.00 |
| ITEM 10 | Fee Simple | | $ 350,000.00 | $ 350,000.00 |
| ITEM 11 | Fee Simple | | $ 25,000.00 | $ 0.00 |
| ITEM 12 | Fee Simple | | $ 25,000.00 | $ 0.00 |
| ITEM 13 | Fee Simple | | $ 40,000.00 | $ 0.00 |

Sheet No. _1_ of _7_ continuation sheets attached to Schedule of Real Property

FORM B6A (Official Form 6A) (12/07)

In re _DAUFUSKIE ISLAND PROPERTIES, LLC_____,    Case No. _2:09-bk-389_____
                    Debtor(s)                                                        (if known)

# SCHEDULE A-REAL PROPERTY
## Amended  03/06/2009

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| ITEM 14 | Fee Simple | | $ 0.00 | $ 0.00 |
| ITEM 15 | Fee Simple | | $ 50,000.00 | $ 0.00 |
| ITEM 16 | Fee Simple | | $ 1,000,000.00 | $ 0.00 |
| ITEM 17 | Fee Simple | | $ 5,640,000.00 | $ 0.00 |
| ITEM 18 | Fee Simple | | $ 200,000.00 | $ 0.00 |
| ITEM 19 | Fee Simple | | $ 0.00 | $ 0.00 |
| ITEM 20 (LISTED FOR INFO PURPOSES ONLY) | | | $ 0.00 | $ 0.00 |
| ITEM 21 (LISTED FOR INFO PURPOSES ONLY) | | | $ 0.00 | $ 0.00 |
| ITEM 22 | Fee Simple | | $ 400,000.00 | $ 0.00 |

Sheet No. _2_ of _7_ continuation sheets attached to Schedule of Real Property

FORM B6A (Official Form 6A) (12/07)

In re _DAUFUSKIE ISLAND PROPERTIES, LLC_____ ,      Case No. _2:09-bk-389_____
               Debtor(s)                                             (if known)

# SCHEDULE A-REAL PROPERTY
## Amended  03/06/2009
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| ITEM 23 | Fee Simple | | $ 900,000.00 | $ 0.00 |
| ITEM 24 (LISTED FOR INFO PURPOSES ONLY) | | | $ 0.00 | $ 0.00 |
| ITEM 25 | Fee Simple | | $ 10,000,000.00 | $ 10,000,000.00 |
| ITEM 26 | Fee Simple | | $ 7,200,000.00 | $ 7,200,000.00 |
| ITEM 27 | Fee Simple | | $ 7,200,000.00 | $ 7,200,000.00 |
| ITEM 28 (LISTED FOR INFO PURPOSES ONLY) | | | SEE ITEMS 59-62 | $ 0.00 |
| ITEM 29 (LISTED FOR INFO PURPOSES ONLY) | | | | $ 0.00 |
| ITEM 30 (LISTED FOR INFO PURPOSES ONLY) | | | SEE ITEMS 49-52 | $ 0.00 |
| ITEM 31 | Fee Simple | | $ 0.00 | $ 0.00 |

Sheet No. _3_ of _7_ continuation sheets attached to Schedule of Real Property

FORM B6A (Official Form 6A) (12/07)

In re _DAUFUSKIE ISLAND PROPERTIES, LLC_____,    Case No._2:09-bk-389_____
                   Debtor(s)    (if known)

# SCHEDULE A-REAL PROPERTY
## Amended  03/06/2009

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| ITEM 32 | Fee Simple | | $ 0.00 | $ 0.00 |
| ITEM 33 | Fee Simple | | $ 0.00 | $ 0.00 |
| ITEM 34 | Fee Simple | | $ 0.00 | $ 0.00 |
| ITEM 35 | Fee Simple | | $ 0.00 | $ 0.00 |
| ITEM 36 | Fee Simple | | $ 0.00 | $ 0.00 |
| ITEM 37 | Fee Simple | | $ 0.00 | $ 0.00 |
| ITEM 38 (LISTED FOR INFO PURPOSES ONLY) | | | SEE ITEMS 66, 68 | $ 0.00 |
| ITEM 39 | Fee Simple | | $ 0.00 | $ 0.00 |
| ITEM 40 | Fee Simple | | $ 1,500,000.00 | $ 0.00 |

Sheet No. _4_ of _7_ continuation sheets attached to Schedule of Real Property

FORM B6A (Official Form 6A) (12/07)

In re _DAUFUSKIE ISLAND PROPERTIES, LLC_____ ,    Case No._2:09-bk-389_____
                        Debtor(s)                                                              (if known)

# SCHEDULE A-REAL PROPERTY
## Amended  03/06/2009

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| ITEM 41 | Fee Simple | | $ 4,000,000.00 | $ 0.00 |
| ITEM 42 | Fee Simple | | $ 800,000.00 | $ 800,000.00 |
| ITEM 43 | Fee Simple | | $ 800,000.00 | $ 800,000.00 |
| ITEM 44 | Fee Simple | | $ 1,000,000.00 | $ 1,000,000.00 |
| ITEM 45 | Fee Simple | | $ 650,000.00 | $ 650,000.00 |
| ITEM 46 | Fee Simple | | $ 650,000.00 | $ 650,000.00 |
| ITEM 47 | Fee Simple | | $ 650,000.00 | $ 650,000.00 |
| ITEM 48 | Fee Simple | | $ 650,000.00 | $ 650,000.00 |
| ITEM 49 | Fee Simple | | $ 650,000.00 | $ 650,000.00 |

Sheet No. _5_ of _7_ continuation sheets attached to Schedule of Real Property

FORM B6A (Official Form 6A) (12/07)

In re <u>DAUFUSKIE ISLAND PROPERTIES, LLC</u> ,          Case No. <u>2:09-bk-389</u>
           Debtor(s)                                                    (if known)

# SCHEDULE A-REAL PROPERTY
## Amended  03/06/2009

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| ITEM 50 | Fee Simple | | $ 650,000.00 | $ 650,000.00 |
| ITEM 51 | Fee Simple | | $ 650,000.00 | $ 547,173.39 |
| ITEM 52 | Fee Simple | | $ 650,000.00 | $ 0.00 |
| ITEM 53 | Fee Simple | | $ 450,000.00 | $ 0.00 |
| ITEM 54 | Fee Simple | | $ 450,000.00 | $ 0.00 |
| ITEM 55 | Fee Simple | | $ 450,000.00 | $ 0.00 |
| ITEM 56 | Fee Simple | | $ 450,000.00 | $ 0.00 |
| ITEM 57 | Fee Simple | | $ 450,000.00 | $ 0.00 |
| ITEM 58 | Fee Simple | | $ 450,000.00 | $ 0.00 |

Sheet No.  6  of  7  continuation sheets attached to Schedule of Real Property

FORM B6A (Official Form 6A) (12/07)

In re _DAUFUSKIE ISLAND PROPERTIES, LLC_ _____ ,    Case No. _2:09-bk-389_
　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE A-REAL PROPERTY
## Amended  03/06/2009

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| ITEM 59 | Fee Simple | | $ 10,400,000.00 | $ 0.00 |
| ITEM 60 (VALUE INCLUDED IN AND AS PART OF ITEM 59) | Fee Simple | | PART OF ITEM 59 | $ 0.00 |
| ITEM 61 (VALUE INCLUDED IN AND AS PART OF ITEM 59) | Fee Simple | | PART OF ITEM 59 | $ 0.00 |
| ITEM 62 (VALUE INCLUDED IN AND AS PART OF ITEM 59) | Fee Simple | | PART OF ITEM 59 | $ 0.00 |
| ITEM 63 | Fee Simple | | $ 5,000,000.00 | $ 5,000,000.00 |

Sheet No. _7_ of _7_ continuation sheets attached to Schedule of Real Property

**TOTAL $**
(Report also on Summary of Schedules.)

| 90,530,000.00 |

## REAL ESTATE / DAUFUSKIE ISLAND PROPERTIES, LLC

03/05/2009

| ITEM # | PROPERTY | ID NUMBER | PARCEL # | NICKNAME | DEED ID | LENDER | MORTGAGE ID | STATUS | VALUE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 7.362 Acres, Maintenance Area | Portion of R800 025 000 001A 0000 | 1 | MELROSE MAINTENANCE AREA (Maintenace buildings, warehouse, gas areas) | 01589/1517 1(a) 01589/1580 2(c) 01589/1596 2(g) | AFG / Carolina Shores / William R Dixon Jr. / Coastal Connections Inc / The Greenery Inc. | 02763/2135 / 01586/1319 / 02712/2124 / 00045/301 Mechlien / 00046/0682 Mech Lien | | $1,000,000 |
| 2 | Portion of Lot 2, Cooper River Plantation, 1.0 Acres | R800 021 000 006B 0000 | 2 | MELROSE LANDING (dock portion) | 01589/1527 1(b) 01589/1572 2(a) | The Greenery Inc | 00046/0982 Mech Lien | | $2,000,000 |
| 3 | Portion of Lot 2, Cooper River Plantation, 3.013 Acres | R800 021 000 006C 0000 | 2 | MELROSE LANDING (land portion) | | The Greenery Inc | 00046/0982 Mech Lien | | $3,000,000 |
| 4 | 300 Acres, Portion of Melrose Plantation | R800 025 000 001A 0000 | 3 | MELROSE CLUB (Melrose Golf Course/facilities, equestrian center, Island House Conference Center, tennis villa area) | 01589/1580 2(c) | AFG / Carolina Shores / William R Dixon Jr. / Coastal Connections Inc. / The Greenery | 02763/2135 / 01586/1319 / 02712/2124 / 00045/0301 / 00046/0682 Mech Lien | | $16,750,000 |

1

| # | Description | Parcel | | Property | Reference | Inc. | Recording | I/N/O | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 5 | 176.30 Acres, Bloody Point Golf Course and Facilities | R800 027 00A 0076 0000 | 4 | BLOODY POINT GOLF COURSE | 01589/1517 1(a); 01589/1577 2(b); 01589/1586 2(e); 01589/1591 2(f) | The Greenery Inc. | 00046/0682 Mech Lien | | $3,000,000 |
| 6 | Tract B, 199.28 Acres, Eigelberger Tract | R800 027 000 0007 0000; R800 027 000 0026 0000 | 10 | Eigelberger Tract | 01589/1537 1(d); 01589/1586 2(e) | CSE Mortgage (CapSource) | 02583/0658 | I/N/O Eprop LLC | $18,000,000 |
| 7 | Tract A, 1.98 Acres, Bloody Point | R800 027 000 0022 0000 | 11 | Tract A adjacent to Eigelberger Tract | 01589/1537 1(d) | | | I/N/O Eprop LLC | $100,000 |
| 8 | Riverfront Lot III, Cemetery Access and Parking Easement, and Lot III, Bloody Point Golf Course and Facilities | R800 027 00A 0078 0000 | 12 | Bloody Point Cemetery | 01589/1537 1(d); 01589/1572 2(a); 01589/1591 2(f) | | | | $0 |
| 9 | Lot 50, Phase I, Daufuskie Island Club | R800 027 00A 0050 0000 | 13 | Bloody Point-Sixty-Six Group Lots | 01589/1555 1(f); 01589/1577 2(b) | BeachFirst | 02739-2247 | | $350,000 |
| 10 | Lot 51, Phase I, Daufuskie Island Club | R800 027 00A 0051 0000 | 13 | Bloody Point-Sixty-Six Group Lots | | BeachFirst | 02739-2247 | | $350,000 |
| 11 | Lot 326, Melrose, Plat 2, Block B | R800 025 00F 0001 0000 | 15 | Melrose-MAC Inventory Lots | | | | | $25,000 |
| 12 | Lot 327, Melrose, Plat 2, Block B | R800 025 00F 0002 0000 | 15 | Melrose-MAC Inventory Lots | | | | | $25,000 |
| 13 | Lot 350, Melrose, | R800 025 | 15 | Melrose-MAC | | | | | $40,000 |

2

Case 09-00389-jw    Doc 109    Filed 03/06/09    Entered 03/06/09 15:44:08    Desc Main
Document    Page 12 of 49

| # | Description | Parcel Number | | Inventory Lots | | | Value |
|---|---|---|---|---|---|---|---|
| 14 | Plat 2, Block B | 00F 0003 0000 | | | | | $0 |
| 15 | Lot 351, Melrose, Plat 2, Block B | R800 025 00F 0062 0000/Shd be referenced as R800 025 00A 0062 0000 | 15 | | Melrose-MAC Inventory Lots | | |
| 15 | Lot 373, Melrose, Plat 2, Block B | R800 025 00F 0078 0000/Shd be referenced as R800 025 00A 0078 0000 | 15 | | Melrose-MAC Inventory Lots | | $50,000 |
| 16 | 7.26 Acres, Including access and utility easement, Staff Housing Area, Melrose Plantation | R800 024 000 0166 0000 | 16 | | Melrose Residual Property (Concrete plant parcel, employee housing tract) | 01589/1560  AFG | $1,000,000 |
| 17 | Phase 3, Block A, Open Space, Future Development, and Silver Dew Lane | Portion of R800 025 000 0001 0000 | 16 | | Melrose Residual Property (Silver Dew, Parcel "C," 11th Fairway, two single family lots ) | | $5,640,000 |
| 18 | 26.34 Acres, Open Space, Melrose, Phase I | R800 025 00B 0120 000 | 16 | | Melrose Residual Property (One single family lot (approx. .60 acres) to be subdivided out of 26.34 acre parcel valued at $200,000 – remainder valued at $0) | | $200,000 |
| 19 | 5.007 Acres, Open Space, Melrose, Plat 2, Block B | R800 025 00A 0074 000 | 16 | | Melrose Residual Property | | $0 |
| 20 | Remaining Portion | Remaining | 16 | | Melrose Residual | | $0 |

3

| | | | | Property | | | | |
|---|---|---|---|---|---|---|---|---|
| 21 | of Melrose Residual Land, originally 362.55 Acres, Melrose Plantation and Melrose Club -Save and Except: Lots 1-234, Phase 1; Lots 235-283, 284-296, 309, 326, 327, 350-378, Phase 2; Lots 284-296, 306, 326, 327, 350-354, 355-357, 365-373; Lots 297-305, 307-316, 328-345, Phase 3, Blocks A & B; Lots 501-503, Driftwood Cottages; 7.254 Acres adjacent to Fairway No. 14 and No. 15; 12.589 Acres, adjacent to Fairway No. 2, 10 & Driving Range; 7.362 Acres, Maintenance Area; 7.26 Acres, Staff Housing Area; Roads with Phase I, 2 and Driftwood Cottages | Portion of R800 025 000 0001 000 | 16 | | | | | N/a |
| 22 | Parcel "H," 0.75 Acres, and portion of right of way for Bloody Point Road to southwest of Parcel "H," Bloody Point Golf Course and Facilities | R800 027 00A 0085 000 | 17 | Bloody Point Parcel H and Future Development (Part of roadway to be relocated for "Bloody Point Village" development) | | 01589/1537 1(d) 01589/1572 2(a) 01589/1591 2(f) | | $400,000 |

4

| # | Description | Parcel ID | # | parcel | | | | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 23 | Future Development Tracts (2) along River Road 50' R/W, Phase II Lots, Portion of Daufuskie Island Club | R800 027 00A 0087 000 | 17 | Bloody Point Parcel H and Future Development (Lots, along River Road) | 01589/1537 1(d) | | | | $900,000 |
| 24 | Generic legal description, of all properties not otherwise conveyed belonging to DAUFUSKIE CLUB INC AKA DAUFUSKIE ISLAND CLUB & RESORT INC, MELROSE LANDING CORPORATION, SALTY FARE OWNERS ASSOCIATION INCL, BLOODY POINT ASSET CORP, MELROSE ASSET CORP | R000 000 000 0000 0000 | | | 01589/1586 2(e) | | | | N/a |
| 25 | Phase # 1, Melrose Inn Parcel, 8.62 Acres, Part of 300 Acres, Melrose | Portion of R800 025 000 001A 0000 | | | | | AFG Carolina Shores William R. Dixon, Jr. Coastal Connections Inc The Greenery | 02763/2135 | | $10,000,000 |

| # | Description | Parcel ID | Notes | Portion Reference | Deed | Owner | Value |
|---|---|---|---|---|---|---|---|
| 26 | Phase #2, Melrose Inn Parcel, 4.47 Acres, Part of 300 Acres, Melrose | Portion of R800 025 000 001A 0000 | (NORTH: Development parcel for 36 Density Units) | | 02763/2135 | Inc / AFG / Carolina Shores / William R. Dixon, Jr. / Coastal Connections Inc / The Greenery Inc | $7,200,000 |
| 27 | Phase #3, Melrose Inn Parcel, 4.54 Acres, Part of 300 Acres, Melrose | Portion of R800 025 000 001A 0000 | (SOUTH: Development parcel for 36 Density Units) | | 02763/2135 | AFG / Carolina Shores / William R. Dixon, Jr. / Coastal Connections Inc / The Greenery Inc | $7,200,000 |
| 28 | 5.83 Acres, Melrose Beach Club Parcel (See Items 59,60,61,62 Below) | R800 025 000 0124 0000 | | (Portion 01589/1517) (Portion 01589/1580) (Portion 01589/1586) (Total value is $10,400,000 ) | 02739-2247 | BeachFirst (Excepted from AFG Mtg) | (See Below) |
| 29 | Parcel 81, on subdivision of Beach Cottages #81, 91, 97, 5.01 Acres (Plat 123/164) | R800 025 000 0126 0000 | (See Cottages at 99 Avenue of Oaks, 97 Avenue of Oaks, 93 Avenue of Oaks, 91 Avenue of Oaks, 83 Avenue | (Portion 01589/1517) (Portion 01589/1580) (Portion 01589/1586) | 02739-2247 | BeachFirst (Excepted from AFG Mtg) (Excepted | (See Below) |

Case 09-00389-jw    Doc 109    Filed 03/06/09    Entered 03/06/09 15:44:08    Desc Main
Document    Page 16 of 49

| # | Description | Parcel ID | Collective | Portion | Mortgage | Account | Value |
|---|---|---|---|---|---|---|---|
| 30 | Parcel 102, on subdivision of Beach Cottages #102, 106, 110, 5.07 Acres (Source of Beach Cottage #106/108, Beach Cottage #102/104) (Same as Items 49,50 below) | R800 025 000 0129 0000 (#102), R800 025 000 0128 0000 (#106), R800 025 000 0127 0000 (#110) | of Oaks, 81 Avenue of Oaks, below) ($2,700,000 collective total for the 6 one-half duplex Cottages described individually below) | (Portion 01589/1517) (Portion 01589/1580) (Portion 01589/1586) ($1,300,000 total value per cottage) | BeachFirst (Excepted from AFG Mtg) (Excepted from Dixon Mtg) | 02739-2247 | (See Below) |
| 31 | Open Space #1, Beach Cottages at Melrose | | | (Portion 01589/1517 1(a)) (Portion 01589/1580 2(c)) (Portion 01589/1586 2(e)) | (Excepted from AFG Mtg) (Excepted from Dixon Mtg) | | $0 |
| 32 | Open Space #2, Beach Cottages at Melrose | | | (Portion 01589/1517) (Portion 01589/1580) (Portion 01589/1586) | (Excepted from AFG Mtg) (Excepted from Dixon Mtg) | | $0 |
| 33 | Open Space #3, Beach Cottages at Melrose | | | (Portion 01589/1517) (Portion 01589/1580) (Portion 01589/1586) | (Excepted from AFG Mtg) (Excepted from Dixon Mtg) | | $0 |
| 34 | Open Space #4, Beach Cottages at | | | (Portion 01589/1517) (Portion 01589/1580) | (Excepted from AFG | | $0 |

| No. | Description | Parcel ID | Note | Portion | Mtg | Reacquired | Value |
|---|---|---|---|---|---|---|---|
| | Melrose | | | (Portion 01589/1586) | Mtg) | | |
| 35 | Open Space #5, Beach Cottages at Melrose | | | (Portion 01589/1517) (Portion 01589/1580) (Portion 01589/1586) | (Excepted from AFG Mtg) / Mtg) / (Excepted from Dixon Mtg) | | $0 |
| 36 | Open Space #6, Beach Cottages at Melrose | | | (Portion 01589/1517) (Portion 01589/1580) (Portion 01589/1586) | (Excepted from AFG Mtg) / Mtg) / (Excepted from Dixon Mtg) | | $0 |
| 37 | Open Space Access # 1, 2, Beach Cottages at Melrose | R800 025 000 0093 0000, | | (Portion 01589/1517) (Portion 01589/1580) (Portion 01589/1586) | (Excepted from AFG Mtg) / Mtg) / (Excepted from Dixon Mtg) | | $0 |
| 38 | Tract C, Beach Cottages at Melrose | | $1,300,000 for beach Cottages #66 and #68 individually listed below) | (Portion 01589/1517) (Portion 01589/1580) (Portion 01589/1586) | (Excepted from AFG Mtg) | Tract C reacquired in Deed 02595/2106) | (See Below) |
| 39 | Tract of 10.90 Acres, Melrose Plantation, Boundary and Wetlands Survey | | | (Portion 01589/1517) (Portion 01589/1580) (Portion 01589/1586) | (Excepted from AFG Mtg) / Mtg) / (Excepted from Dixon Mtg) | | $0 |
| 40 | Bloody Point, Lot A-2, Swimming Pool | R800 027 00A 0092 0000 | | | | | $1,500,000 |
| 41 | Bloody Point Village | R8900 027 00A 0076 | (Development parcel-Not | | | | $4,000,000 |

| | Development | 0000 | subdivided-Part of Golf Course parcel) | | | | | |
|---|---|---|---|---|---|---|---|---|
| 42 | Cottage 5501, 14 Avenue of Oaks | Portion of R800 025 000 001A 0000 | (Magnolia cottage: HR/Engineering offices) | | Carolina Shores / William R. Dixon, Jr. / Coastal Connections Inc / The Greenery Inc | | | $800,000 |
| 43 | Cottage 5601, 15 Avenue of Oaks | Portion of R800 025 000 001A 0000 | (Azalea cottage: Employee cafeteria) | | Carolina Shores / William R. Dixon, Jr. / Coastal Connections Inc / The Greenery Inc | | | $800,000 |
| 44 | Cottage 3000-3001, 60 Avenue of Oaks AKA TRACT A, LOT 60 | R800 025 000 0091 0000 | (2-Bedroom cottage) | (Portion 01589/1517) (Portion 01589/1580) (Portion 01589/1586) | BeachFirst (Excepted from AFG Mtg) | 02739-2247 | | $1,000,000 |
| 45 | Cottage 3050-3051, 62 Avenue of Oaks AKA TRACT B, LOT 62 | R800 025 000 0092 0000 | (1/2 of duplex) | (Portion 01589/1517) (Portion 01589/1580) (Portion 01589/1586) | BeachFirst (Excepted from AFG Mtg) | 02739-2247 | | $650,000 |
| 46 | Cottage 3052-3053, 64 Avenue of Oaks AKA TRACT C, LOT 64 | R800 025 000 0092 0000 | (1/2 of duplex) | 02595/2106 | BeachFirst (Excepted from AFG Mtg) | 02739-2247 | | $650,000 |

9

| # | Property | Parcel ID | Note | | | Value |
|---|---|---|---|---|---|---|
| 47 | Cottage 3100-3101, 66 Avenue of Oaks | R800 025 000 0093 0000 | (1/2 of duplex) | BeachFirst | 02739-2247 (Parcel 6) | $650,000 |
| 48 | Cottage 3102-3103, 68 Avenue of Oaks | R800 025 000 0093 0000 | (1/2 of duplex) | BeachFirst | 02739-2247 (Parcel 6) | $650,000 |
| 49 | Cottage 3500-3501, 102 Avenue of Oaks (aka Lot K, Plat 124/31) | R800 025 000 0127 0000 | (1/2 of duplex) | BeachFirst | | $650,000 |
| 50 | Cottage 3502-3503, 104 Avenue of Oaks | R800 025 000 0127 0000 | (1/2 of duplex) | BeachFirst | | $650,000 |
| 51 | Cottage 3550-3551, 106 Avenue of Oaks (aka Lot L, Plat 124/31) | R800 025 000 0128 0000 | (1/2 of duplex) | BeachFirst | | $650,000 |
| 52 | Cottage 3552-3553, 108 Avenue of Oaks | R800 025 000 0128 0000 | (1/2 of duplex) | BeachFirst | | $650,000 |
| 53 | Cottage 4750-4751, 99 Avenue of Oaks | R800 025 000 0126 0000 | (1/2 of duplex) | BeachFirst | 02739-2247 (Parcel 2) | $450,000 |
| 54 | Cottage 4752-4753, 97 Avenue of Oaks | R800 025 000 0126 0000 | (1/2 of duplex) | BeachFirst | 02739-2247 (Parcel 2) | $450,000 |
| 55 | Cottage 4900-4901, 93 Avenue of Oaks | R800 025 000 0126 0000 | (1/2 of duplex) | BeachFirst | 02739-2247 (Parcel 2) | $450,000 |
| 56 | Cottage 4902-4903, 91 Avenue of Oaks | R800 025 000 0126 0000 | (1/2 of duplex) | BeachFirst | 02739-2247 (Parcel 2) | $450,000 |
| 57 | Cottage 4950-4951, 83 Avenue of Oaks | R800 025 000 0126 0000 | (1/2 of duplex) | BeachFirst | 02739-2247 (Parcel 2) | $450,000 |
| 58 | Cottage 4952-4953, 81 Avenue of Oaks | R800 025 000 0126 0000 | (1/2 of duplex) | BeachFirst | 02739-2247 (Parcel 2) | $450,000 |
| 59 | Cottage 4160, 175 Avenue of Oaks | R800 025 000 0124 0000 | (Part of Beach Club-previously Item 28, listed above) | BeachFirst | 02739-2247 (Parcel 1) | $10,400,000 (*=includes Items 59, 60, 61, 62 Below) |
| 60 | Cottage 4170, 177 Avenue of Oaks | R800 025 000 0124 | (Part of Beach Club-previously | BeachFirst | 02739-2247 (Parcel 1) | * |

10

Case 09-00389-jw    Doc 109    Filed 03/06/09    Entered 03/06/09 15:44:08    Desc Main
Document    Page 20 of 49

| # | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 61 | Cottage 4180, 179 Avenue of Oaks | R800 025 000 0124 0000 | (Part of Beach Club-previously Item 28, listed above) | BeachFirst | 02739-2247 (Parcel 1) | | | * |
| | | | | | | | | Item 28, listed above |
| 62 | Cottage 4190 (Beach Club Site) | R800 025 000 0124 0000 | (Part of Beach Club-previously Item 28, listed above) | BeachFirst | 02739-2247 (Parcel 1) | | | * |
| 63 | Village Area (without Cottages 5501-5601) | Portion of R800 025 000 001A 0000 | (2nd row development parcel: Vacant land at this time) | AFG | | | | $5,000,000 |
| | | | | Carolina Shores | | | | |
| | | | | William R. Dixon, Jr. | | | | |
| | | | | Coastal Connections Inc | | | | |
| | | | | The Greenery Inc | | | | |

03/05/2009

11

B6B (Official Form 6B) (12/07)

/S/Gayle Bulls Dixon, Member. 03-06-09

In re _DAUFUSKIE ISLAND PROPERTIES, LLC_____,   Case No. _2:09-bk-389_
                                    Debtor(s)                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended 03/06/2009

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | *Cash* <br> *Location: In debtor's possession* | | $ 22,000.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Deposit Accounts* <br> *Location: In debtor's possession* | | $ 44,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | *Security Deposits* <br> *Location: In debtor's possession* | | $ 99,717.35 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

Page   1   of   6

B6B (Official Form 6B) (1207)

/s/Gayle Bulls Dixon, Member 03/06/09

In re _DAUFUSKIE ISLAND PROPERTIES, LLC_ _____,    Case No. _2:09-bk-389_
　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE B-PERSONAL PROPERTY
### Amended  03/06/2009
(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | *Shares, Beach Cottages* *Location: In debtor's possession* | | *Unknown* |
| | | *Shares, Daufuskie Isld Props Ga LLC* *Location: In debtor's possession* | | *Unknown* |
| | | *Shares, Daufuskie Isld Resort Realty* *Location: In debtor's possession* | | *Unknown* |
| | | *Shares, Eprop LLC* *(Value determined by estimated values of realty, $18,000,000 and $100,000, less CSE Mortgage claim of c. $$8,963,584.54)* *Location: In debtor's possession* | | *$ 9,136,415.46* |
| | | *Shares, Swift Cat LLC* *Location: In debtor's possession* | | *Unknown* |
| | | Shares,Melrose Utility Company | | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | | *Accounts Receivable* *Location: In debtor's possession* | | *$ 375,866.00* |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of | | *Claim vs. VDM/T LAND COMPANY LLC (foreclosure for land that was the Golf Academy)* | | *$ 500,000.00* |

B6B (Official Form 6B) (12/07)

In re *DAUFUSKIE ISLAND PROPERTIES, LLC*_____,    Case No. *2:09-bk-389*_____
                    Debtor(s)                                                              (if known)

## SCHEDULE B-PERSONAL PROPERTY
### Amended  03/06/2009
(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| each. | | Location: *In debtor's possession* | | |
| | | Claims via Lawsuits. See SOFA #4A  Location: *In debtor's possession* | | *TBD* |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | *Vehicles (see attached)*  Location: *In debtor's possession* | | $ 330,786.40 |
| 26. Boats, motors, and accessories. | | *Boats (titled) (see attached)*  Location: *In debtor's possession* | | $ 1,045,000.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | *Misc Office Equipment (see attached)*  Location: *In debtor's possession* | | $ 6,544,343.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | | *1 - Toro Workman 3200.1 - Toro Multi Pro 1200.1 - Toro Pro Core 880.1 - Dakota 4, 10 Topdresser.l - Toro NSN Classic Support Plan 1 - Toro NSN Essentials Support, Plan.*  Location: *In debtor's possession* | | *Unknown* |
| | | *1 BOBCAT ALL WHEEL STEER LOADER A300 S/N 539911*** HIGH FLOW HYDLIC ALARM PKG ATTACHMNT CNTRL KIT, BOIN LP BKT FORK FRAME/4BIN FORKS1 BOBCAT STUMP CUTTER/GRINDER SGX60 S/N A00700*** BOBCAT TRENCHER LT313 SN 04540*** * | | *Unknown* |

B6B (Official Form 6B) (12/07)

In re *DAUFUSKIE ISLAND PROPERTIES, LLC* _____,   Case No. *2:09-bk-389*
            Debtor(s)                                                          (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended  03/06/2009
(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | *3FTX6FT CUP TEETH SS PATTERN Together with all present and future attachments, accessories, replacement parts, additions, and all cash and non-cash proceeds thereof. Location: In debtor's possession* | | |
| | | *2 - Toro Debris Blower 600.1 - Toro Turf Sweeper 4800.10 - Toro Workman 1100.1 Toro Sand Pro 3020.1 - Toro Spiker for Sand Pro.2 - Toro Reelmaster 5400-D.7 Toro Greensmaster 1000.7 - Toro Trans Pro 80 Trailer.2 - Toro Greensmaster 3150. 4 - Toro Groundsmaster 4500-D.1 - Lely Spreader.2 - Buffalo Turbine Blower. Location: In debtor's possession* | | *Unknown* |
| | | *All equipment and inventory. financed by Textron Financial Corporation and/or manufactured and/or distributed bv Textron Golf. Turf and Specialty Products. a division of Textron Inc.. wherever located. in which Debtor now or hereafter has rights,none of which the debtor is authorized to sell. lease or otherwise dispose of without the written consent of secured party. whether or not bearing the E-Z-Go trademark or trade name. including. but not limited to golf cars and utilitv vehicles; all present and future attachments. accessories and accessions to such equipment and inventory. all spare parts,replacements, substitutions and exchanges therefore: all trade-ins relating thereto: all instruments. accounts and chattel paper arising therefrom (including leases and conditional sale contracts); and the proceeds of all of the foregoing. including proceeds in the form of ooods. accounts. chattel paper. documents, instruments and/or general intangibles. All cash and non-cash proceeds of any of the foregoing in whatever form (including proceeds in the form of inventory. equipment or any other form of personal* | | *Unknown* |

B6B (Official Form 6B) (12/07)

In re _DAUFUSKIE ISLAND PROPERTIES, LLC_____,    Case No. _2:09-bk-389___
                             Debtor(s)                                                      (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended  03/06/2009
### (Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | property), including proceeds of proceeds. Location: In debtor's possession | | |
| | | ONE (1) CATERPILLAR 420EiT BACKHOE LOADER SiN: KMW01125 And substitutions, replacements, additions and accessions thereto, now owned or hereafter acquired and proceeds thereof Location: In debtor's possession | | Unknown |
| 30. Inventory. | | Inventory (food, beverage, golf and fuel) Location: In debtor's possession | | $ 459,632.38 |
| 31. Animals. | | Horses/Animals Location: In debtor's possession | | $ 10,000.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Misc personal property (collectively, the "Collateral"), which is related to, used in connection with or located on, in or under the real property legally described in Exhibit "A" attached hereto (the "Property"): (a) all instruments, including, without limitation, promissory notes and associated security therewith that may be owned by Debtors, or any of them; (b) all general intang1bles of Debtors, or any of them; (c) all documents, including, without limitation, contracts, sales and purchase contracts, leases, subleases of Debtors, or any of them; (d) all software owned by Debtors, or any of them; (e) all accounts, deposit accounts (including consumer deposit accounts), accounts receivable, escrow | | Unknown |

B6B (Official Form 6B) (12/07)

In re DAUFUSKIE ISLAND PROPERTIES, LLC                              ,    Case No. 2:09-bk-389
_____                                    _____
Debtor(s)                                                                                      (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended  03/06/2009
(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | accounts, consignments, chattel paper (including both tangible, intangible and electronic chattel paper), payment intangibles, letter of credit rights, certificates of title, bonds, escrow accounts, commercial tort claims, bank accounts, and the like of Debtors, or any of them; (f) all goods, materials, supplies, chattels, furniture, fixtures, licenses, equipment and inventory; (g) all development rights, agricultural lien rights (including both possessary and non-possessary agricultural lien rights), farm products, water taps and tap rights, water rights, water stock and permits of Debtors, or any of them; (h) all contracts and contract rights and all and all ownership interests, distribution rights, proceeds and all other things of value attributable therewith owned by Debtors, or any of them; (i) all interests of Debtors, or any of them, in any trusts, estates, joint ventures and associations, and all other things of value attributable therewith; and (0) all accessions, increases, renewals, replacements, proceeds (including both cash and non-cash proceeds), products, related securities (whether certificated or uncertificated), general intangibles, supporting obligations, and insurance proceeds related to any the above enumerated interests. Location: In debtor's possession | | |
| | | NOTE ONLY-Many broadly described assets on Schedule B may be duplications on the attachments. Location: In debtor's possession | | N/A |

Total ➡    $ 18,567,760.59

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.