# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0420–2 | User: weathers | Date Created: 1/6/2010 |
| Case: 09–00389–jw | Form ID: pdf01 | Total: 70 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr    Troon Golf, LLC
TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust    US Trustee's Office    USTPRegion04.CO.ECF@usdoj.gov
aty    LeClair Ryan, A Professional Corporation    richard.scott@leclairryan.com
aty    B. Lindsay Crawford, III    wayneb71@leathbouchlaw.com
aty    Barbara George Barton    bbarton@bartonlawsc.com
aty    Barry L. Johnson    barry@barryljohnsonpa.com
aty    Benjamin H Price    bprice@gardere.com
aty    Brandon K. Poston    keith.poston@nelsonmullins.com
aty    Charles Pelot Summerall, IV    csummerall@buistmoore.com
aty    Charles S. Bernstein    cbernstein@bernsteinpa.com
aty    David Brian Wheeler    davidwheeler@mvalaw.com
aty    Ellis R. Lesemann    ellislesemann@parkerpoe.com
aty    Frederick M Adler    miles@theadlerlawfirm.com
aty    George Barry Cauthen    George.Cauthen@nelsonmullins.com
aty    George O. Hallman, Jr.    frankd@scottlaw.com
aty    Ivan N. Nossokoff    inn@nosslaw.com
aty    J. Derrick Jackson    dj@thw–law.com
aty    J. Ronald Jones, Jr.    rjones@clawsonandstaubes.com
aty    James D. Cooper, Jr.    jdc@ccmgpa.com
aty    John B. Butler, III    jbbiii@bellsouth.net
aty    John S Wilkerson, III    jwilkerson@turnerpadget.com
aty    Joseph F. Buzhardt    USTPRegion04.CO.ECF@usdoj.gov
aty    Joseph F. Buzhardt, III    Joseph.F.Buzhardt@usdoj.gov
aty    Joseph F. Buzhardt, III    USTPRegion04.CO.ECF@usdoj.gov
aty    Joseph F. Buzhardt, III    USTPRegion04.CO.ECF@usdoj.gov
aty    Julio E. Mendoza, Jr.    rmendoza@nexsenpruet.com
aty    Kristen N. Nichols Voyer    knicholsvoyer@clawsonandstaubes.com
aty    Lawrence Wilbur Johnson, Jr.    2jlfpa@bellsouth.net
aty    Linda K. Barr    Linda.Barr@nelsonmullins.com
aty    Lindsey W. Cooper, Jr.    lwc@lwcooper.com
aty    Mark Stephens Sharpe    msharpe@warren–sinkler.com
aty    Michael S. Church    msc@sherpy–jones–law.com
aty    Michael W. Mogil    mwmogil@aol.com
aty    Monette W Cope    mcope@weltman.com
aty    R. Jeffords Barham    jeff@basjlaw.com
aty    Robert A. Kerr, Jr.    rkerr@hagoodkerr.com
aty    Suzanne Taylor Graham Grigg    sgrigg@nexsenpruet.com
aty    Theodore Von Keller    jkeilty@leathbouchlaw.com
aty    Tobias G. Ward, Jr.    tgw@thw–law.com
aty    Van A. Anderson    van.anderson@alston.com
aty    William Joseph Moore, Jr.    wjm@ccmgpa.com
TOTAL: 40

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    DAUFUSKIE ISLAND PROPERTIES, LLC    421 Squire Pope Rd    Hilton Head Isla, SC 29926
cr    The Melrose Club, Inc.    Charles P. Summerall, IV    5 Exchange Street    Charleston, SC 29401
consult    Robert L. Deans    106 Chadwick Drive    Charleston, SC 29407
cr    AFG, LLC    c\o Robert A. Kerr, Jr.    Hagood &Kerr, PA    P.O. Box 220    Mt. Pleasant, SC 29465
cr    Vision Service Plan    3333 Quality Drive    Rancho Cordova, CA 95670
cr    Melrose Club Management, Inc.    Nelson Mullins Riley &Scarborough, LLP    c/o Jody Bedenbaugh    PO Box 11070    Columbia, SC 29211
cr    Imperial AI Credit Companies, Inc.    c/o Barbara George Barton, Esq.    Barton Law Firm, P.A.    P. O. Box 12046    Columbia, SC 29211–2046
cr    Beach First National Bank    %Linda K. Barr, Esq.    Nelson Mullins Riley &Scarborough, LLP    PO Box 11070    Columbia, SC 29211
crcm    Unsecured Creditors Committee    c/o J. Ronald Jones, Jr.    CLAWSON &STAUBES, LLC    126 Seven Farms Drive    Suite 200    Charleston, SC 29492–7595
cr    Textron Financial    Cooper &Moore, P.A.    PO Box 11869    Columbia, SC 29211
cr    Carolina Shores, LLC    c/o Barbara George Barton, Esq.    P. O. Box 12046    Columbia, SC 29211–2046
cr    CSE Mortgage LLC    c/o Mark S. Sharpe    Warren &Sinkler, L.L.P.    P.O. Box 1254    Charleston, SC 29402
cr    Guest Relations Marketing    W. Hennen Ehrenclou, Esquire    3405 Piedmont Rd., NE    Suite 300    Atlanta, GA 30305
tr    Robert C. Onorato    3 Carma Court    Hilton Head Island, SC 29926

| | | | | |
|---|---|---|---|---|
| cr | Collins Family Trust Dated May 26, 1989 | C/O S Kittredge Collins, Trustee | 3374 Jackson Street | San Francisco, CA 94118 |
| cr | Smith Turf &Irrigation, LLC | PO Box 669388 | Charlotte, NC 28266 | |
| cr | CS Eigelberger LLC | c/o Warren &Sinkler LLP | P.O. Box 1254 | Charleston, SC 29402 |
| intp | Daufuskie Island Cottage Carts and Bikes, LLC | c/o Law Office of Michael W. Mogil P.A. | 2 Corpus Christie Place, Ste. 303 | Hilton Head Island, SC 29928 |
| cr | National Labor Relations Board | Region 11    4035 University Parkway | PO Box 11467 (27116) | Winston−Salem, NC 27106 |
| intp | CK Materials, LLC | c/o Daniel A. Saxon | PO Drawer 14 | Hilton Head Island, SC 29938 |
| intp | Montauk Resorts, LLC | c/o Daniel A. Saxon | PO Drawer 14 | HIlton Head Island, SC 29938 |
| intp | The Melrose Property Owners Association, Inc | Charles P. Summerall, IV | p.O. Box 999 | Charleston, SC 29402−0999 |
| cr | Tidelands Bank | c/o Charles Scarminach | PO Drawer 14 | Hilton Head, SC 29938 |
| aty | Allison K Warner | PANKEY &HORLOCK, LLC | 4360 Chamblee Dunwoody Road    Suite 500 | Atlanta, GA 30341 |
| aty | Charles Pelot Summerall, IV | Buist, Moore, Smythe &McGee, PA | 5 Exchange St. | Charleston, SC 29401 |
| aty | Michelle P Clatyton | TURNER PADGET    Bank of America Plaza 17th Floor | 1901 Main Street (29201)    PO Box 1473 | Columbia, SC 29202 |
| aty | Otto W. Ferrene, Jr. | Law Offices of Ferrene &Associates, PA | 105 WatersEdge at Shelter Cover Harbour | Hilton Head Island, SC 29928 |
| aty | Stephen A McCartin | GARDERE WYNNE SEWELL LLP | 1601 Elm Street Suite 3000 | Dallas, TX 75201 |
| aty | Stephen A McCartin | GARDERER WYNNE SEWELL LLP | 1601 Elm Street Suite 3000 | Dallas, TX 75201 |

TOTAL: 29