at ____ O'clock & ____ min. ____ M

OCT 21 2010

United States Bankruptcy Court
Columbia, South Carolina (19)

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re: | C/A No. 09-00389-JW **ENTERED** |
| | Chapter 11    OCT 22 2010 |
| Daufuskie Island Properties, LLC a/k/a Daufuskie Island Resort & Breathe Spa, | **AMENDED ORDER AND NOTICE OF RE-SCHEDULED HEARING ON R.W. AUCTION** |
| Debtor(s). | |

Pursuant to the Order and Notice of Hearing on Auction ("Order") entered September 3, 2010, the Court set a hearing on Monday, October 25, 2010 at 11:00 a.m. in order to consider the results of the auction held on October 21, 2010 and any matters related thereto, including confirmation of the successful bidder(s). **The Court hereby amends its previous Order to change the time of the hearing to 10:00 a.m. on Monday, October 25, 2010** at the J. Bratton Davis United States Bankruptcy Courthouse, 1100 Laurel Street, Columbia, South Carolina.

In order to assist the Court, the Trustee shall advise by filing or correspondence on or before **October 22, 2010 at 3:00 p.m.** of any outstanding issues to be considered by the Court at the aforesaid hearing.

**AND IT IS SO ORDERED.**

_____
UNITED STATES BANKRUPTCY JUDGE

Columbia, South Carolina
October 22, 2010